UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br>*Plaintiff*,<br>v.<br>RON NEWMAN<br>*Defendant*. | CIVIL ACTION NO. 20-cv-10810-PBS |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to FRCP 15 (a) (2) and LR 15.1 the plaintiff Jonathan Monsarrat files this Motion to Amend seeking leave to file an Amended Complaint.

The initial complaint (Doc. 1) was filed on April 28, 2020. On July 8, 2020, the Court allowed plaintiff's motion (Doc. 5) for an enlargement of time up to September 30, 2020 in which to serve the defendant Ron Newman. Plaintiff has revised his complaint and in consultation with an attorney representing the defendant anticipates filing the defendant's waiver of the service of summons upon the filing of the amended complaint promptly allowance of this motion.

Under a literal reading of Rule 15 the plaintiff may amend as of right only after service of the original complaint. Hence plaintiff requests leave to file the Amended Complaint appended hereto as Exhibit A.

DATED: September 22, 2020

Respectfully submitted,

JONATHAN MONSARRAT,
Plaintiff,

By his attorneys,

*ss/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
29 Crafts Street, Suite 500
Newton MA 02458-1461
617-933-9494
rgoren@richardgorenlaw.com

*/s/ Ryan D. Sullivan*
Ryan D. Sullivan (BBO#660696)
rsullivan@curranantonelli.com
Curran Antonelli, LLP
10 Post Office Square, Suite 800 South
Boston, MA 02109
617-410-6340
rsullivan@curranantonelli.com