UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN MONSARRAT, | ) | Civil Action No. 20-cv-0810-PBS |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| RON NEWMAN, | ) | |
| Defendant. | ) | |

Please enter my appearance as counsel for Defendant Ron Newman. I certify that I am admitted to practice in this Court. I am registered to receive filings electronically.

Respectfully submitted,

DAN BOOTH LAW LLC

Dated: October 6, 2020

/s/ Dan Booth
Dan Booth (BBO# 672090)
60 Thoreau Street #121
Concord, MA 01742
(646) 573-6596
dan@danboothlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is filed on this date via the Court's ECF system and will be served thereby upon Plaintiff.

/s/ Dan Booth