**Exhibit 3**

Skip to content

- » Subscribe |
- » About The Wicked Local Network |
- » Somerville Journal





...ws, opinion and humor from Somerville, Mass.

- Home
- Archives
- Contact Us



- » More Blogs |
- » Wicked Local |
- » Business Directory |
- » Homes |
- » Jobs |
- » Towns and Newspapers |
- » Wheels



# Not a question best answered by the Wheel

2010 March 8
tags: Johnny Monsarrat, United Way, Wheel Questions
by Deb Filcman

The latest answer to a Wheel Question is making me more uncomfortable than watching Ally Sheedy pay tribute to John Hughes at the Oscars. Which is to say, very uncomfortable.

The two part question was: Should I forgive my molester? Do I have to?

Question Wheel founder Johnny Monsarrat first says that when he receives particularly serious questions, he usually refers them to United Way. Good call. But in my humble opinion, where he goes wrong is to *then answer the question anyway*.

> You shouldn't forgive.
>
> But you do need to move on emotionally, by backing off being around or caring for this person, if you haven't already.
>
> Distract yourself by calling a friend or watching a movie when intrusive thoughts come. Dwelling on them just reinforces them. Dial 211 from any phone for the United Way for more advice!
>
> 

For starters, I'm not sure that answer gives appropriate weight to the alleged crimes committed against the question-asker. But then again, what do I

know? I'm not a shrink. And last I checked, neither is Monsarrat. For that matter, I'd say Monsarrat's has enough of his own problems as of late to be giving anyone else advice.

Rate This

ShareThis

Like   Be the first of your friends to like this.

from → Police, Sad news, Tough Day

2 Responses



1. Ron Newman permalink
   March 8, 2010, 5:08 PM
   0   0   Rate This

   Do you have an update regarding the offenses he was charged with last month?



2. Courtney of Ward5Online.Com permalink
   March 9, 2010, 2:03 PM
   0   0   Rate This

   Can I have an update as to whether or not he allowed a drunk 12 year-old to answer that question?

Comments are closed.

- **LATEST FROM THE VILLE**


VilleJournal



- VilleJournal #Somerville winter farmer's market opens near old Johnnie's Foodmaster h/t @SomervilleCity zo.pe/bbDY
  27 minutes ago · reply · retweet · favorite
- VilleJournal Column: Advice from a grown-up worth remembering. zo.pe/bbCF
  2 hours ago · reply · retweet · favorite
- VilleJournal Ask Dog Lady: Tough choices and magical thinking zo.pe/bbxQ
  yesterday · reply · retweet · favorite
- VilleJournal Editorial: Patrick's big ideas will require big deliberations zo.pe/bbrR
  2 days ago · reply · retweet · favorite
- VilleJournal #Somerville aldermen

Join the conversation

- ## SUBSCRIBE TO THIS BLOG



Add to your iGoogle Homepage

Subscribe to RSS feed

- ## Recent Comments

  - Fernando Sousa commented on News at Tufts U.
    Millbrook cold stouge is close doors by 2_8_13 no moore big rigs came to somerville 55 yrs in somerv ...
  - Fernando Sousa commented on Somerville Beacon Street public meeting tonight
    Millbrook cold stouge close doors for good has 2_8_13 we are done no moore big rigs came to somervil ...
  - Courtney O'Keefe commented on Mayor to give mid-term address at Somerville City Hall
    Pretty psyched about hearing Bill White's speech :) ...
  - Sam Had commented on Greater Somerville: Reaching for the stars
    I love Somerville, especially Davis Square. Great places to eat and hang out (love Mike's for a late ...
  - Somermorequal commented on Sketchy character hired at Somerville City Hall
    "Villen" is a moniker created by native Somerville youth, and does not ape the hyperventilated, so-c ...
  - Ron Newman commented on Somerville planner named "Person of the Year"
    What scheme are you referring to? What is the name of your group? ...

- ## Search

  type and press enter

- ## Blogroll

  - Amy Derjue
  - Blogness on the Edge of Town
  - Bob Massie
  - City of Somerville
  - Deval Patrick
  - Frank Bernard
  - Greater Somerville
  - Ian Thal
  - KEITH E. JACOBSON
  - Live Journal – Davis Square
  - Magoun Square Neighborhood Association Blog
  - Mass Politics Blog
  - Mayor Joe Curtatone's blog
  - Our Towns Tonight blog
  - Progressive Democrats
  - Sen Jarrett Barrios' blog
  - Somerville Journal
  - Somerville Kiwanis Club

- - Somerville Little League
  - Somerville Public Library Blog
  - Somerville Public Schools
  - Somerville Transportation Equity Partnership
  - Somerville Voices
  - Somerville Youth Soccer League
  - The Burren
  - Ward 5 Online
  - Wicked Local Blog
  - Your Legal Planning Advisor

- Sign up for Somerville E-newsletter

  Email Address*
  First Name
  Last Name
  * = required field

  [Subscribe]

  powered by MailChimp!

- Categories

  [Select Category]

- ENTERTAINMENT FROM WL


**MUSIC PREVIEW: Blackberry Smoke is still fired up** Country traditionalists, Southern rock lovers and those for whom either style means a good old-fashioned party will find a lot to grab on to in 2012's "The Whippoorwill," the third, and bes... [More].


**At the Ecotarium: A Jurassic field trip** Youngsters learn about dinosaurs from an interactive 'DinoTracks' exhibit at the EcoTarium in Worcester.... [More].


**KEEPING FIT: Strengthening your shoulders will help you prevent injury** If you are a baby boomer, or older, you have most likely experienced at least one shoulder injury.... [More].

**SPIRITUAL LIFE: Even if you can?t see it, it?s there** Potential is hidden in the unseen. Faith takes me the distance when nerve and resources fail.... [More].

**Foxboro boy's rare disease is subject of ?Life According to Sam?** Powerful, inspirational and suspenseful, "Life According to Sam" played to sold-out audiences at The Sundance Festival in Utah and will be shown this fall on HBO, which produced it.... [More].

- POSTS BY DATE

  March 2010
  M T W T F S S
  1 2 3 4 5 6 7
  8 9 10 11 12 13 14
  15 16 17 18 19 20 21
  22 23 24 25 26 27 28
  29 30 31
  « Feb     Apr »

- **Archives**

    Select Month



>> Staff Logon

- Daily News Transcript |
- Daily News Tribune |
- The Enterprise |
- The Herald News |
- MetroWest Daily News |
- Milford Daily News |
- Patriot Ledger |
- Taunton Gazette

- About |
- Advertiser Info |
- Contact |
- Privacy Policy |
- Subscriber Services |
- Terms of Use

Copyright 2013  GateHouse Media, Inc.  Some Rights Reserved.
Original content available for non-commercial use under a Creative Commons license.