**Exhibit 4**



Home   Create an account   Explore   Shop   LJ Extras

plumtreeblossom ( plumtreeblossom) wrote in davis_square,
2010-02-04 08:50:00

# Today's Somerville Police Blog

*[excerpt]* Patrolman John Thermidor reported at least 25-30 teenagers in the apartment, as well as people on the stairs leading up to the second floor. He asked to talk to an

A few minutes later, a man came down from the second floor and identified himself as Jonathan Monsarrat, 41, the resident and host of the party, according to the report. ' they have to leave, but Monsarrat allegedly became argumentative and refused to comply. He assured Thermidor that there was no alcohol at the party. According to the rep bottles.*[/excerpt]*

Read on.....
http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street

**UPDATE: By decision of the Moderators on 2/6/2010, any further replies to this thread are permanently frozen/screened. The discussion has begun to distra attention. The Moderators' decision was not made in response to threats made to the community, but for the sake of keeping the community's conversatior original post and existing replies will remain as read-only.**

Tags: crime, lj community housekeeping, local characters, lol

---

Post a new comment

526 comments

previous                  next

   plumtreeblossom
February 4 2010, 13:53:44 UTC

I want to use the "lol" and "entertainment" tags so bad, but for Ron's sake, I won't. :-)
Replies frozen

   emcicle
February 4 2010, 14:43:22 UTC

It would be so appropriate, though. :)
Replies frozen

   ron_newman
February 4 2010, 18:18:26 UTC

At this point I've got to add the lol tag.
Replies frozen

   make_you_laugh
February 5 2010, 20:51:40 UTC

Witch hunts are still alive and well

Hi Mares,

I'm not sure what the point of this post is, but you seem to be both implying something nasty, and bragging about it.

I think that if you take pleasure in hatred, you should keep that to yourself.

Nobody wants a "creep" to run around. But nobody also should want to witch hunt an innocent man. That is exactly what you are doing.

-Johnny

Replies frozen



**⏷ en_ki**
February 5 2010, 21:16:56 UTC

Hi!

I had never heard of you before this thread, but you seem to have made a lot of bad impressions with a lot of people and gotten into trouble with the law. I'm willing people are actually saying rather than just declare this a witch hunt. Perhaps you could do that in a new ⏷davis_square post, since this one has pretty much bee

Replies frozen



**⏷ delahk**
February 4 2010, 13:53:59 UTC

Wow, I'm so surprised.

Replies frozen



**⏷ myselftheliar**
February 4 2010, 13:54:26 UTC

Ugh.

Replies frozen    Expand



**⏷ myselftheliar**
February 4 2010, 14:14:12 UTC

I read the whole article and I rescind my ugh and upgrade to a "How the fuck does this man keep pulling shit like this?"

Replies frozen    Expand



**⏷ pierceheart**
February 4 2010, 14:19:18 UTC

Is this his first arrest?

Replies frozen



**⏷ plumtreeblossom**
February 4 2010, 14:28:24 UTC

I don't know, but it's not his first foray into famed creepiness:

http://encyclopediadramatica.com/Jonmon
Replies frozen



**⏷ pierceheart**
February 4 2010, 14:41:24 UTC

I knew of that stuff.

2/4/13                                        davis_square: Today's Somerville Police Blog

Replies frozen



**Ω arrowintwolakes**
February 4 2010, 16:48:50 UTC

THIS IS GOLD, JERRY, PURE GOLD
Replies frozen



**Ω make_you_laugh**
February 5 2010, 20:36:56 UTC

**Gold?**
HI!

Why would this be gold?

Aren't you jumping from an accusation to an assumption of guilt?

Aren't you "reveling" in someone else's misfortune? What does it feel like to be so happy that someone else is in pain?

Do you get joy from pain a lot, and how can you be proud of that?

-Johnny
Replies frozen



**Ω arrowintwolakes**
February 6 2010, 2:07:00 UTC

**Re: Gold?**
looooooooooooool
Replies frozen



**Ω L_p2353**
February 6 2010, 17:09:39 UTC

**Re: Gold?**
LOL
Someone's butthurt.

CREEPER.
Replies frozen



**Ω grimlocke**
February 4 2010, 19:40:46 UTC

HAHAHA holy lollerskates he's totally contacted me before. I have no idea why or when but I definitely have his IM name in my contacts.
Replies frozen



**Ω thetathx1138**
February 4 2010, 20:13:32 UTC

Because you are under twenty-five.

Seriously, literally everything I have ever, ever heard about this guy (well, bar one person) has been *terrible*.
Replies frozen

**Ω grimlocke**

2/4/13                                    davis_square: Today's Somerville Police Blog

 February 4 2010, 20:23:16 UTC

oh YOU I'm totally not under 25. I moved here at... 24? So I may have BEEN 25 at the time.. I guess my skin cream is working!
Replies frozen

 Ω thefatthx1138
February 4 2010, 20:24:22 UTC

To be fair, I only know you from your icon.
Replies frozen

 Ω teele_sq
February 4 2010, 21:26:19 UTC

Hey did those speakers end up working?
Replies frozen

 Ω thefatthx1138
February 5 2010, 01:45:11 UTC

Haven't tried them yet. Soon, hopefully.
Replies frozen

 Ω make_you_laugh
February 5 2010, 20:58:00 UTC

**I guess you're an authority then... on witch hunts**

HI

Well, clearly you're an authority. You've never met me, but "everything" you've heard has been terrible.

This is how witch hunts happen. People like you enjoy bashing others so much that you gossip and gossip. It's pretty sad. There is no way to fee happiness is to focus on your own life. Strong, successful people do not put others down or spread unfounded rumors.

-Johonny
Replies frozen

 Ω thefatthx1138
February 5 2010, 21:17:40 UTC

**Re: I guess you're an authority then... on witch hunts**

Oh, please.

You've perpetrated a dating site scam, which is documented in papers of record. You've been banned with extreme prejudice from local fell *Chan* for Christ's sake.

You're not a victim. Do I personally know you? No. But your reputation as a shitty human being is strong enough that I don't want to. This isr
Replies frozen

 Ω make_you_laugh
February 5 2010, 22:43:06 UTC

**That is a lie**

HI

You're confusing "allegations" with facts. The fact of the matter is, I was not even charged. Let's look at it this way:

2/4/13                                    davis_square: Today's Somerville Police Blog

RAVING HARVARD GIRL: "Help! I've been email harassed!"

POLICE: "These emails don't constitute harassment. Chill out."

RAVING GIRL: "I'll go the newspapers anyway!"

2ND NEWSPAPER ARTICLE: "Johnny is cleared!" <-- everyone always fails to notice the 2nd article

LJ COMMUNITY: "Allegations must mean guilt! Let's destroy Johnny's reputation!"

You should be ashamed of yourselves.

-Johnny
Replies frozen

  Ω **thetathx1138**
February 5 2010, 23:11:23 UTC

**Re: That is a lie**

We are capable of reading, you idiot. You weren't "cleared." You were sent a cease-and-desist letter after harassing a Harvard stu *you posted.* Along with, you know, lots of people complaining about how you sent out a spam bomb.

Also, I notice you seem eager to change the subject from the events you've been banned from.

And to be quite frank, blaming the woman feeling harassed for your bad publicity does not earn you any sympathy. Know why? Re

http://kateharding.net/2009/10/08/guest-blogger-sterling-schrodinger%E2%80%99s-rapist-or-a-guy%E2%80%99s-guide-to-appro
Replies frozen

  Ω **make_you_laugh**
February 6 2010, 00:06:56 UTC

**That is a damn lie**

Hi!

You're simply mistaken. I was not sent a cease-and-desist letter. Actually, I was cleared. I suppose technically, I wasn't even c

The article you refer to does indeed say something like "yea we figured he'd stop so whatever". That's actually not completely

Let's put it this way.

When there is email harassment there must be email. All these emails were out in the open. The police saw them. And they d HARASSMENT.

In fact, I ran the MIT Match-Up the following year and ended up passing it along to some undergraduates and it is still in use!

You have your facts wrong and you should be ashamed of yourself.

-Johnny
Replies frozen

  Ω **j_p2353**
February 6 2010, 17:17:48 UTC

**Re: That is a damn lie**

Butthurt creeper alert!
Replies frozen

  Ω **gemini6ice**
February 6 2010, 03:45:47 UTC

**Re: That is a lie**

Great link. I love it.

2/4/13                                      davis_square: Today's Somerville Police Blog



**Ω purgatori84**
February 6 2010, 02:54:56 UTC

**Re: I guess you're an authority then... on witch hunts**
"You've managed to offend 4-Chan for Christ's sake."

I just spent about 5 minutes rolling on the floor laughing at that.
Replies frozen



**Ω frotz**
February 6 2010, 03:06:54 UTC

**Re: I guess you're an authority then... on witch hunts**
Can you expand on offending 4chan? That there is a very high bar indeed, and I find myself curious.
Replies frozen



**Ω pandoras_closet**
February 6 2010, 05:56:26 UTC

**Re: I guess you're an authority then... on witch hunts**
I too, would like some details.
Replies frozen



**Ω thetathx1138**
February 6 2010, 14:54:29 UTC

**Re: I guess you&#39;re an authority then... on witch hunts**
That's how you get on Encyclopedia Dramatica. Go there and search "Jonmon"; I'm not willing to post the link because they somet
Replies frozen



**Ω splatterhouse**
February 4 2010, 22:47:27 UTC

OMG
Replies frozen



**Ω make_you_laugh**
February 6 2010, 20:55:27 UTC

**So, you support hate sites**
Hi Mares,

I see that you support "hate" sites.

Let me get this straight. When you could be calling a friend, or visiting with family, instead you're sitting at home fuming over a site that clearly has been p

There are only two conclusions. Either (a), you're really that stupid and actually believe that stuff, or (b), you're one of the haters.

Either way, it's quite ugly. You should be hiding this part of your nature and working to suppress it.

-Johnny
Replies frozen

**Ω kpht**
February 4 2010, 14:29:03 UTC

2/4/13                                    davis_square: Today's Somerville Police Blog



It took me a second to realize it was jonmon, so creepy.
Replies frozen

  Ω **make_you_laugh**
February 6 2010, 21:02:16 UTC

**What makes you an authority? (witch hunts)**

Hi there,

I've noticed something. People who use words like "asshole" or "creepy", which are judgmental words, tend to be judgmental people. People who use neutral w

Let's face it. The only thing that you really know about me is what you've heard from those who love to spread rumors. Rumors just aren't any fun unless they ¿
what you've heard has been blown so far out of proportion that you shouldn't have any confidence in it.

And yet, you're participating in what's become a witch-hunt. Why?

-Johnny
Replies frozen

  Ω **kpht**
February 6 2010, 01:36:22 UTC

**Re: What makes you an authority? (witch hunts)**

Guess what? You're a creepster, everyone thinks it, and you can't change their minds. I bet that gets you really pissed off, doesn't it? Well, deal. You're a
you.
Replies frozen

  Ω **make_you_laugh**
February 6 2010, 19:06:53 UTC

**Thank you for admitting it**

Hi

That's exactly what I wanted you to say, thank you.

So you admit it. Nothing about reality would ever change your opinion of me.

That's because to you, reality doesn't matter. It's too bad that instead of just keeping to yourself, you've chosen to lash out at someone as part of a v

How can you live life hating people at random and not caring about the consequences or what's really true or false? It seems like an ugly way to go th

Try this. Put down the keyboard, call a friend, go see a movie, bake someone a cake. Life is so much better that way.

-Johnny
Replies frozen

  Ω **gemini6ice**
February 6 2010, 03:49:19 UTC

**Re: What makes you an authority? (witch hunts)**

Unfortunately, there is a reputation. There's nothing you can really do about it. Arguing with people on the internet will NEVER change their minds.

The fact of the matter is that the rumors, whether true or not (I won't make assumptions) are established and corroborated by many people.

What can you do? Honestly, you could disassociate yourself from your established identity and make a fresh start somewhere. And then not make any of

Sure that may be running away. But the reality is that the above is, imho, the only solution to what you have a problem with.
Replies frozen

Ω **make_you_laugh**

2/4/13                                              davis_square: Today's Somerville Police Blog

 February 6 2010, 19:49:04 UTC

**You are right**

HI!

You're right, of course, I don't really hope to change the mind of any of the stalker-like haters out there.

But sooner or later, someone among my friends, family, lovers, business, is going to see this post and I need to stick up for myself. I've tried the stay-say.

Sooner or later, I'm sure I'll live it down, if I keep investing in cool community projects like the ones I run at http://WheelQuestions.org and http://Weird

-Johnny

Replies frozen

 Ω J_p2353
February 6 2010, 17:20:53 UTC

**Re: What makes you an authority? (witch hunts)**

HATE HATE HATE

Replies frozen

 Ω infinitemorning
February 4 2010, 15:18:47 UTC

Because we're not allowed to tar and feather people and run them out of town on a rail anymore.

This is mostly a GOOD thing, I grant you, but there are exceptions.

Replies frozen

 Ω myselfthellar
February 4 2010, 15:22:38 UTC

Tar him and cover him with printouts of emails he has sent underage girls enticing them to attend "beginner BDSM parties", I say.

Replies frozen

 Ω aroraborealis
February 4 2010, 15:29:44 UTC

Ewwwwwwwwwwwwwwww

Replies frozen

 Ω ecschwar
February 4 2010, 16:07:00 UTC

That would be so unfair. We have to give the defendant a chance to make his case.

Clearly what we need to bring back is trial by ordeal.

Replies frozen

 Ω make_you_laugh
February 5 2010, 20:53:27 UTC

**Witch hunts are still alive and well**

HI!

Has it occurred to you that the reason there's been so much smoke and no fire, or to use your own language "this man keep pulling shit" is that there is no shit.

Let's face it. You enjoy lashing out at people and your thrilled to have someone to slam. Wham wham. Nice job.

But this is little more than a witch hunt. Everyone who has participated in this should be ashamed.

-Johnny

Replies frozen

 Ω myselfthelliar

February 5 2010, 21:01:19 UTC

**Re: Witch hunts are still alive and well**

No it isn't. I watched you pull shit with my own eyes, don't even play this.

Replies frozen

 Ω make_you_laugh

February 5 2010, 22:50:15 UTC

**That is a lie**

HI

Look, if I did something illegal, take it to the police. Don't post anonymously -- and without any specifics -- to livejournal with a username "liar".

Don't even play this? Don't "you" even play this. You're so filled with hatred, you are blind to the real world. You should be ashamed.

-Johnny

Replies frozen

 Ω cyranothe2nd

February 6 2010, 05:57:06 UTC

**Re: That is a lie**

Creepy /= illegal. It just equals undatable. And that's what's got your panties in a twist, isn't it? That no one wants to date you because you are creepy standard on where the bar should be. But guess what? YOU DONT GET TO SET THE BAR. Each woman gets to decide--to JUDGE--you and determ misapprehend this very basic human interaction.

Replies frozen

 Ω make_you_laugh

February 6 2010, 16:27:19 UTC

**So what?**

HI

Wow, I think you're wrong on two counts!

First of all, I've had too much success with dating to be undatable. You don't know me so I guess it's easy in your mind to conjure up a monster.

Second of all, people have made very serious accusations on this blog that come from nowhere. They aren't saying I'm undatable, they're using something, the knuckleheads.

Who cares if people judge each other in dating? I can tell that you're clearly unbalanced because of the "all caps" and the judgmental words. I do yes sometimes and vice versa.

Just last night I was walking around 1am home from the all-night grocery store and a gal stopped me. I was wearing my headphones so I didn't h her. It was a little too weird for me. I don't drink at all so I don't really know much about (nor do I care for) drunk people.

But, she seemed really desperate, so I walked back with her to Porter Square and got her a taxi. She made repeated attempts to ask where I live okay.

The thing about that story is, it's not juicy enough. See, people who gossip need to make it fun by exaggerating. And because of the old-timey al normally show restraint feel like they can lash out without consequence.

It's pretty ugly.

2/4/13                                    davis_square: Today's Somerville Police Blog

Can I say something? Where do you get off, not knowing me, and abusing me in this fashion? Do you habitually stink up your romantic and famil
computer and call a friend or bake a pie or something nice. Spending 5 minutes more lashing out at me isn't going to do anything except leave y

Research has shown that "venting" anger doesn't make it go away, it focuses and enhances it. By screaming at me, you've done nothing except
be innocent.

-Johnny

p.s. I don't even know what a conniption is, but it sounds bad.
Replies frozen

 Ω rumpleteazah
February 6 2010, 18:59:40 UTC

Re: So what?
A conniption is a fit.

You should know, I've seen you in one before.
Replies frozen

 Ω cyranothe2nd
February 6 2010, 19:12:11 UTC

Re: So what?

Johnny,

Hi

Clearly you don't see the irony in acting the aggrieved, judged party and then calling me 'unbalanced' and hateful.
If you wank as much in real life as you do in this post, it's no wonder you're still single.

Cheers,

Allie
Replies frozen

 Ω asmodai
February 6 2010, 06:23.66 UTC

Re: Witch hunts are still alive and well
"Witch hunt". You keep using that term. I don't think it means what you think it means.
Replies frozen

 Ω magickcat
February 6 2010, 06:46:56 UTC

Re: Witch hunts are still alive and well
I just fell out of my chair.
Replies frozen

 Ω hadsood1980
February 4 2010, 14:11:38 UTC

Ick. And bleah.
Replies frozen

 Ω intuition_fst
February 4 2010, 15:07:26 UTC

2/4/13                                      davis_square: Today's Somerville Police Blog

I'll second that, and raise you an 'ugh', how much further can he fall? no, don't answer that. I don't want to think about it.
Replies frozen

 Ω kpht
February 4 2010, 14:27:26 UTC

OMG JONMON?!!!
Replies frozen

 Ω plumtreeblossom
February 4 2010, 14:59:17 UTC

xxdarkkitnxx: did teh cops c u drinkin @ jonmons?
sweetestnite: no I hid in teh vampyre seduoshion room
sweetestnite: thay didnt check there
xxdarkkitnxx: I was so wastd when ashlys mom picked us up
sweetestnite: woke up on jonmons mesage label w my lights insid out
xxdarkkitnxx: lol u ho
xxdarkkitnxx: j/k
xxdarkkitnxx: so is jonmon in JAILXXORZZ??!!!
sweetestnite: dunno but he gave me a key
sweetestnite: wanna go c if thares beer left?
Replies frozen

 Ω kpht
February 4 2010, 15:00:38 UTC

ENCORE!
Replies frozen

 Ω vonelftinhaus
February 4 2010, 16:08:18 UTC

Lol I just laughed myself off my chair
Replies frozen

 Ω ratatosk
February 5 2010, 02:37:43 UTC

I really want to see the rest of this!
Replies frozen

 Ω shaxxon
February 4 2010, 18:28:12 UTC

You know, Sarah R used to live next to this guy. We kindly called his house the "orgy house"

I has stories. Will tell you offline :D
Replies frozen

 Ω myselfthellar
February 4 2010, 14:40:19 UTC

And let's not forget that somehow, somehow, this man had an "art installation" in both Davis and Harvard sq wherein he answered personal questions about peoples' lives. I c
Replies frozen    Expand

2/4/13                                          davis_square: Today's Somerville Police Blog

 Ω clevernonsense
February 4 2010, 14:53:17 UTC

this is clearly the man just trying to keep him down. HE WAS PROVIDING ALL THOSE 16-YEAR OLDS WITH SAGE ADVICE AND GUIDANCE.
Replies frozen

 Ω laure47
February 4 2010, 20:44:39 UTC

**SAGE ADVICE AND GUIDANCE**

THAT'S MY FAVORITE BEER!
Replies frozen

 Ω make_you_laugh
February 5 2010, 21:03:56 UTC

**Clearly you're an authority... on witch-hunts**

HI

What 16-year-olds?

Isn't it true that you have no idea what you're saying, and yet you're saying it anyway?

Are you habitually cruel to strangers? Are you so cynical that you habitually see the world not as it is, but in the worst way that you can imagine?

That would seem to be no path to happiness. It's also taking part in a witch-hunt. We are supposed to live in a modern society where people are more mature than

-Johnny
Replies frozen

 Ω clevernonsense
February 5 2010, 21:31:44 UTC

**Re: Clearly you&#39;re an authority... on witch-hunts**

"Patrolman John Thermidor reported at least 25-30 teenagers in the apartment"

"Thermidor asked some of the partygoers for identification, but they reportedly could not produce any, explaining they were in high school and didn't have ID."

That gives everyone a pretty good idea.
Replies frozen

 Ω make_you_laugh
February 5 2010, 22:44:58 UTC

**Re: Clearly you&#39;re an authority... on witch-hunts**

HI

Isn't the truth that you simply "don't know"?

Seriously. If I'm found guilty, maybe you guys should have a field day then. Right now, what you're doing is lynching someone you don't know anything ab
so I won't go into details.

-Johnny
Replies frozen

 Ω qwrrtv
February 5 2010, 23:15:46 UTC

2/4/13                                    davis_square: Today's Somerville Police Blog

**Re: Clearly you&#39;re an authority... on witch-hunts**

Out of curiosity, does your lawyer know that as soon as you got out of jail you went straight to the interlubes to respond to every single comment you

Replies frozen



**Ω make_you_laugh**
February 6 2010, 23:59:59 UTC

**Re: Clearly you're an authority... on witch-hunts**

Hi!

I've been attacked on this before and it's *so* interesting.

What you're saying is basically this, "If Johnny tries to defend himself, a few days after hundreds of flamers, he's a bad person! Good people do

I can tell you this. Character assassination is not harmless. The unsubstantiated and anonymous accusations that people have made using the I with jobs, socially, and in life in general.

So yes, of course I'm going to defend myself. I allowed 300 comments to build up without a peep. When I saw it was clearly not going to blow ove

-Johnny

Replies frozen



**Ω qwrrty**
February 6 2010, 00:22:03 UTC

**Re: Clearly you're an authority... on witch-hunts**

*When I saw it was clearly not going to blow over, I thought, okay, I guess I need to set the record straight.*

How's that working out for you?

Replies frozen



**Ω gemini6ice**
February 6 2010, 03:51:24 UTC

**Re: Clearly you're an authority... on witch-hunts**

Probably as well as those christian parents who tried to set their son straight?

BAM

Replies frozen



**Ω laura47**
February 6 2010, 05:07:04 UTC

**Re: Clearly you're an authority... on witch-hunts**

Awww, icon love! Yay nuke!

Replies frozen



**Ω oakenguy**
February 4 2010, 14:51:00 UTC

That's the perfect icon for this.

Replies frozen

  *Deleted comment*

**Ω greenlily**
February 4 2010, 15:21:38 UTC    Edited: February 4 2010, 15:21:54 UTC



Or possibly a biohazard symbol. Apparently proximity to jonmon destroys brain cells.

Replies frozen



**Ω make_you_laugh**
February 5 2010, 21:07:33 UTC

**Are you serious?**

Hi there,

Why do you take joy in someone's pain?

I think it's because you see me as an abstract monster. You are wrong on both counts. First, I am a real person. Secondly, I am not a monster. You have been mislead,

-Johnny

Replies frozen



**Ω peschwar**
February 5 2010, 22:12:36 UTC

**Re: Are you serious?**

Alright, Jon. It's time you realized that a lot of people are getting more concerned about the prospect of random girls being harmed than about your well being or pe
are young enough to trigger my paternal instincts, and I am younger than you are.

For the sake of your upcoming legal proceedings, and in case you might be related to Nicholas Monsarrat, I'll delete my comment. But if you ever give me a motive
inhibited from doing so. Capisce?

Replies frozen



**Ω magickcat**
February 6 2010, 07:06:40 UTC

**Re: Are you serious?**

Dude,
Straight up, no chaser right here:
Maybe some people are talking without a lot of knowledge, but not everyone.
It is clear that a LOT of people know who you are and have had these actual, creepy experiences involving you.
I'm one of them and I didn't even know it.
You used to be ALL. OVER. my myspace when I used it, advertising you kinkyfunplaytimewithfangs parties.
I told you the hell off and I deleted you and you sent me messages whining and crying about how you are harmless and blah blah.
Flash forward to this year's Monster March. You were supposedly RUNNING this thing, and when I tried locating you to find out what was going on, you were jus
the flying hell was going on. I did more directing of people at that event than you did, mister chatting up the young gals in costumes that paid no mind to the fac
THEN, when it was time for the young ones to go home, there was ever-so-conveniently a COMPLETE AND TOTAL POWER OUTAGE THAT BROUGHT THE E
doubt in that particular case being just an unfortunate coincidence... still..
So on the follow-up, you had "extra tickets" to the TOMB thing to offer up to people, but instead of, you know, giving them to the people who worked for and de
gave off a generally icky vibe.
Oh, and then you decided to spam everyone and their (children) mother with your "Wheel Questions" thing and you didn't even answer the real, important que
things when you don't have an organized bone in your body and have no communication skills whatsoever?" (and THAT was submitted BEFORE I knew that yo
the day.) I don't expect an adequate answer to that, but hey, you didn't answer it then either.

Replies frozen



**Ω adaptively**
February 6 2010, 13:20:09 UTC

**Re: Are you serious?**

Jonmon: taking joy in someone else's pain is the root of sadism, right? And don't you throw that "beginner's S&M party" that you repeatedly invited my 16 year old n

(She politely declines.)

Replies frozen

**Ω make_you_laugh**
February 6 2010, 17:43:22 UTC

2/4/13                                           davis_square: Today's Somerville Police Blog

**Clearly you're an authority... on witch-hunts**

Hi

I think you have something wrong here. If you've got a wild teen who signed up for a mailing list, what does that have to do with me? In point of fact, anybody c[...] jokester signed me up for the Marines. :)

You're so full of anger that you have no idea what you're talking about. Take a deep breath and why don't you ask your relative what the hell's going on rather [...]

- Johnny
Replies frozen

   **Ω adaptively**
                        February 6 2010, 20:38:15 UTC

**Re: Clearly you're an authority... on witch-hunts**

Repeated, unsolicited invites to her Myspace profile (where her age is clearly displayed) and you think it's her fault? IMO, you shouldn't be giving advice t[...]
Replies frozen

   **Ω make_you_laugh**
                        February 6 2010, 20:49:33 UTC

**Re: Clearly you're an authority... on witch-hunts**

Hi

I'm sorry, but you're not only mistaken, you're dangerous.

You're the one who's harassing people. You are harassing me. It's not possible to send invites to people who are not friended or members of a grou[...] impossible to police, and if there were really a problem, she caused it by clicking yes where it said are you 18. Of course, since you haven't given an[...] not.

Your attitude is contemptible. You're so determined to see me as a monster that you can't see facts when they're right in front of you. You should be [...]

- Johnny
Replies frozen

   **Ω deltdw**
                        February 4 2010, 15:11:31 UTC

I don't understand why you're cross-posting this. Could you explain, please?
Replies frozen

   **Ω plumtreeblossom**
                        February 4 2010, 15:19:37 UTC

Cross-posting where? It's only a cross-post if someone posts it in two or more LJ communities, and I've only posted it here.
Replies frozen

   **Ω deltdw**
                        February 4 2010, 15:29:54 UTC

Oh okay, maybe I should've said "repost", then. Or "linking".
Replies frozen

   **Ω pierceheart**
                        February 4 2010, 15:44:41 UTC

why not?

Replies frozen

 **plumtreeblossom**
February 4 2010, 15:48:10 UTC

Oh I know. Posting local news links is what we do here.
Replies frozen

 **laura47**
February 4 2010, 20:45:20 UTC

jonmon has been a continuing source of, um, fascination to this comm.
Replies frozen

 **ron_newman**
February 4 2010, 16:12:45 UTC

Because the arrested suspect has been repeatedly discussed here on DSLJ. If you click on the 'local characters' tag and look for keywords such as 'wheel', you'll find th
Replies frozen

 **closetalker11**
February 4 2010, 15:15:40 UTC

GROSS
Replies frozen

 **talonvaki**
February 4 2010, 15:19:54 UTC

Holy crap. He lives 8 blocks from my old apartment. Suddenly, I'm very glad to have moved.
Replies frozen

 **thespian**
February 4 2010, 15:38:54 UTC

dude, it's somerville. we're almost ALL within 8 blocks of each other here ;-)
Replies frozen

 **oeschwar**
February 4 2010, 15:47:51 UTC

And we all lived where you lived at some point. I'm still getting your junk mail.
Replies frozen

 **talonvaki**
February 4 2010, 15:56:00 UTC

This is true. I lived there 9 years and up to the end I was getting mail from the people who lived in my apartment *before* the guy who lived there before me.

The Somerville post office is special.
Replies frozen

**arrowintwplakes**

2/4/13                                  davis_square: Today's Somerville Police Blog


February 4 2010, 16:53:67 UTC

I have to say, though, I quite admire your taste in cured and smoked meals and cheeses.
Replies frozen

 **Ω trowa_barton**
February 4 2010, 15:39:46 UTC

I'm not surprised. Why? I've had the misfortune of knowing him for 10 years before his MANY attempts at reinvention to meet women. (I was friends with his ex-wife #2 before
Kind of pathetic, actually.
I'm glad he stopped going to Diesel when he realized that the women who attend were smart, mature, and uninterested in him.
Replies frozen

 **Ω make_you_laugh**
February 5 2010, 21:08:59 UTC

**Clearly you're an authority... on witch-hunts**
Hi

I see, so you're friends with my ex-wife... which gives you a remarkably balanced perspective from which to judge me.

Let's face it. You don't know me, but you've chosen to speak out anyway. Doesn't that make you a bit of a fool?

Now will you respond with humility, or with you get angry, like my ex-wife used to do and lash out?

-Johnny
Replies frozen

 **Ω trowa_barton**
February 5 2010, 21:56:42 UTC

**Re: Clearly you're an authority... on witch-hunts**
I will respond with logic knowing that your record speaks for itself, which now includes a criminal one.
Replies frozen

 **Ω make_you_laugh**
February 5 2010, 22:32:36 UTC

**That is a lie**
Hi

What criminal one?

Oh, I get it, you're confusing "allegations" with "having a criminal record".

Let's face it, not only do you know nothing, you are not "fooling anyone". We simply don't believe that you have any knowledge to contribute here.

If you don't have the humility to back down from your bullying behavior, you should be ashamed.

-Johnny
Replies frozen

**Ω plumtreeblossom**
February 5 2010, 23:15:41 UTC

**Pfft**
What do you mean "we" don't believe him? I believe **Ω trowa_barton**, not you.
Replies frozen

2/4/13                                          davis_square: Today's Somerville Police Blog

 **Ω turil**
February 4 2010, 16:00:37 UTC

Modern day witch hunting, I see.
Replies frozen

 **Ω pierceheart**
February 4 2010, 16:06:16 UTC

nope.
Replies frozen

 **Ω arrowintwolakes**
February 4 2010, 17:37:55 UTC

Still the best response.
Replies frozen

 **Ω badseed1980**
February 4 2010, 16:37:23 UTC

"scum finding" != "witch hunting"

The DSLJ community didn't arrest him. The cops did that.
Replies frozen

 **Ω turil**
February 4 2010, 16:41:46 UTC

Different words, same idea. Gather together to pick on those who are weaker than you by pointing out how they don't fit in...
Replies frozen

 **Ω ron_newman**
February 4 2010, 16:44:44 UTC

This doesn't bother you at all?

Dating service creator accused of harassing students -- that's from the Harvard Law School student newspaper in 2003.
Replies frozen

 **Ω turil**
February 4 2010, 16:51:98 UTC

We all have our unique oddities and all have our own personal issues that make us do less than healthy things.

But bullying those who are different isn't making the world a better place.

You didn't like it when people were bullying you did you? Why then do you think it's ok to bully others?
Replies frozen

 **Ω ron_newman**
February 4 2010, 16:57:41 UTC

He's welcome to come here and post his side of the story.

Replies frozen



**Ω turil**
February 4 2010, 17:09:17 UTC

Not if he's in jail.

Also, what does that have anything to do with it? And you didn't answer my question, do you think it's ok for people to bully others?

Replies frozen



**Ω ron_newman**
February 4 2010, 17:16:19 UTC    Edited: February 4 2010, 17:20:41 UTC

He's not in jail anymore, since he posted to his blog on Sunday, two days after the arrest. He has an LJ account Ω make_you_laugh.

I don't see this news article, or the discussion thereof, as 'bullying'.

Replies frozen



**Ω turil**
February 4 2010, 17:49:26 UTC

You still didn't answer my question.

And the bullies never think that they are doing anything wrong. That's kind of the whole problem with bullying...

Replies frozen



**Ω joyfulkel**
February 5 2010, 02:23:59 UTC

**Re: You still didn't answer my question.**

neither do most people who commit sexual assault/harrassment

thats why there are outside consequences both legal and social

Replies frozen



**Ω badseed1980**
February 4 2010, 16:57:49 UTC

When those less than healthy things are done to other people, it is FAR MORE IMPORTANT to protect those people who are being harmed, than it is

Replies frozen



**Ω turil**
February 4 2010, 17:12:38 UTC

If you want people to be their best, you have to give them the best.

If you want people to be worse, give them crap.

It's pretty simple.

Replies frozen



**Ω badseed1980**
February 4 2010, 17:18:58 UTC

There must be consequences for actions. If not, people will not take responsibility for those actions.

Replies frozen

2/4/13                                                davis_square: Today's Somerville Police Blog

 ** turil**
February 4 2010, 17:46:66 UTC

If you want people to be their best, you have to give them the best.

If you want people to be worse, give them crap.

It's pretty simple.

Replies frozen

 **badseed1980**
February 4 2010, 17:18:40 UTC

But what the heck am I arguing with you for? It's like trying to reason with Jell-O.

Replies frozen

 **turil**
February 4 2010  17:48:21 UTC

Ditto.

Yet I believe you deserve to have something better. I believe you deserve to be able to have the knowledge to create a better future fo suck at offering it. :-)

Replies frozen

 **hrafn**
February 4 2010, 20:57:09 UTC

He's an adult. He is responsible for his own actions.

By now, he must know that some of his behaviors are not acceptable, and yet he does not change. That is on him. Not on anyone else. Fro have been his friends, and then they stopped being his friends, because he was behaving in a way unhealthy for them. That does not make not the fault of the people who are saying, "This guy behaves in a way that is potentially dangerous, here are examples, be aware of that if

People do not always deserve second chance after second chance after second chance, especially when they do not show any indication t the first place.

Replies frozen

 **turil**
February 4 2010, 21:21:45 UTC

He's not doing anything wrong as far as I can tell. As long as it's all consensual, then it's ok by me.

Replies frozen

 **firstfrost**
February 4 2010, 21:28:11 UTC

While I do understand your point of view in this particular instance, and we can disregard the mention of the hysterically sobbing g know whether everything was consensual, I think the reason you're seeing such a strong reaction against this gentleman is due to

Replies frozen

 **make_you_laugh**
February 5 2010, 21:23:17 UTC

**You're clearly an authority... on witch-hunts**

Hi!

2/4/13                                     davis_square: Today's Somerville Police Blog

It's interesting that you've said previous examples of less-than-consensual interaction, but haven't listed any. I would guess th
you in a way that exaggerates the situation. That's the reason that they never went to the police or showed that any harm wa
they gossip. But instead, you've just bought into it. Worse, now you're helping to propagate it by stating it as a fact.

The gal in the kitchen saw her ex-boyfriend at the party, by the way. I think she'll be okay. She just needs so time to get over

I need you to understand that to many people, the Internet is the first impression. Basically, their first impression of me might
like this, it has a real effect.

-Johnny
Replies frozen

 **Ω firstfrost**
February 6 2010, 21:40:14 UTC

Jon, you really *don't* get to tell me what I need to do for you.
Replies frozen

 **Ω cyranothe2nd**
February 8 2010, 05:06:30 UTC

Strangely, the police didn't agree with you. Hence, the arrest.
Replies frozen

 **Ω turil**
February 6 2010, 14:29:49 UTC

Yes, well, the police also arrested my husband when he got hit by a car. And me when a bus driver assaulted me.

And they imprisoned Gandhi, too.

I don't often agree with the police when it comes to what's right and what's wrong. Their morals seem to have little to do with p
Replies frozen

 **Ω make_you_laugh**
February 5 2010, 21:19:46 UTC

**Unacceptable behavior?**

Hi

It's interesting that various unnamed people are giving examples that you don't bother to list and apparently didn't merit any kind of rea

Are you really that gullible? Look, when someone comes to you and says "I've seen a monster today!!" and they haven't gone to the po
you're supposed to do is call them on it, not believe it and then help propagate it in a modern day witch-hunt.

When you say 'they do not show any indication that they are willing to change', you mean me obviously. Are you really unaware that yo
clearly you don't know what you're talking about, but are you really so unaware of it??

-Johnny
Replies frozen

 **Ω hrafn**
February 8 2010, 00:31:53 UTC

**Re: Unacceptable behavior?**
*Look, when someone comes to you and says
"I've seen a monster today!!" and they haven't gone to the police, that
means that they're either lying or exaggerating.*

Bullshit.

2/4/13                                    davis_square: Today's Somerville Police Blog

Replies frozen

 **maelithii**
February 5 2010, 15:26:11 UTC

Bullshit.

Replies frozen

 **teele_sq**
February 4 2010, 21:40:36 UTC

What part of this blog post is protecting people? Just spreading the word that he's out there and deserves to be ostracized?

Replies frozen

 **make_you_laugh**
February 5 2010, 21:26:16 UTC

**I can clarify that**

HI

I can clarify that. I have an internet stalker, a friend of my ex-girlfriend. It's amazing how the internet gives people the power to assassinate t

Take a look at my website, http://WheelQuestions.org

Over two years, I invested 1500 hours and $15,000 of my own money in answering people's questions about life. It was a fun, wonderful, art

But still some people just don't "get it". They are so determined to see me as a creep that they have to post allegations that never came ov

My lawyer won't allow me to comment on the current case but I doubt that when I am found innocent it will erase the splash that the allegatio

-Johnny

Replies frozen

 **make_you_laugh**
February 5 2010, 21:16:43 UTC

**Modern day witch-hunt**

I think that's true.

Apparently, I'm the one who's being harmed here by this witch-hunt.

Let's face it, it feels "great" to smash somebody you think is guilty, right?

But as you've just said, it's far more important to protect the people being harmed than to soothe the ego of the one harming them.

So, frankly, I don't care how great it makes you feel. You need to hold back on this guilty-before-innocent thing. And I'd suggest holding back on

Replies frozen

 **visage**
February 4 2010, 17:03:46 UTC

I know plenty of people who get shit for being different and not fitting into one social group or another.

I know a few people who have someone from their past who tries to warn everyone away from them.

I only know one person who has legions of such people, talking from their own experiences. That's Jonmon.

Replies frozen

 **make_you_laugh**
February 5 2010, 21:29:11 UTC



**Clearly you're an authority... on witch-hunts**

Hi!

Legions of people. Well, well.

I can tell you that there are two kinds of people. There are those that gossip, and those that don't.

Let's face it, people who gossip get joy and a sense of personal power from putting someone down. It's in their best interests to play up any angle out in an attempt to make themselves feel better.

The witch-hunt mentality is sort of like the invasion of Iraq. Remember this? Lots of people thought there were Weapons of Mass Destruction in I

That's what's happening here, and you're helping. See, you have no personal knowledge of me, right? But you're willing to post something attac sustaining?

-Johnny
Replies frozen



**Ω visage**
February 5 2010, 23:47:03 UTC    Edited: February 5 2010, 23:46:50 UTC

**Re: Clearly you're an authority... on witch-hunts**
*See, you have no personal knowledge of me, right?*

Wrong, actually.

The legos at your wedding reception were a very nice touch, by the way.
Replies frozen



**Ω laura47**
February 6 2010, 04:59:43 UTC

**Re: Clearly you're an authority... on witch-hunts**
Oh burn! I even knew you'd been there, just forgot.
Replies frozen



**Ω l_n2353**
February 6 2010, 17:44:03 UTC

**Re: Clearly you're an authority... on witch-hunts**
lol you idiot.

You just compared a fucking blog posting an article about you getting arrested to the invasion of a country.

Jesus Christ you are self-absorbed and just a general bag of batshit crazy.

Welcome to your encyclopedia dramatica page.
Replies frozen



**Ω make_you_laugh**
February 6 2010, 18:14:56 UTC

**Exactly what I mean**
Hi!

That's exactly what I mean. People like you are so full of hatred and you don't even hide it!

You even support "hate sites" against a guy who was cleared and found innocent.

I can tell you, it's not hard at all for me to demonstrate that you're clearly out of your mind. Fortunately, any right-minded person readin that sense.

-Johnny
Replies frozen

 **Ω splatterhouse**
February 4 2010, 22:49:38 UTC

Mocking =/= bullying, sorry. If people followed him around in public or harassed him at his home, then yes, you could cry all day about bullying then.
Replies frozen

 **Ω make_you_laugh**
February 5 2010, 21:30:37 UTC

**There's a difference between mocking and bullying**

Hi!

If you want to say something like, "if this is true, then this guy Johnny sure is a sad sack!" that's mocking.

But a lot of the posts here are from people with no direct experience with me who simply want to either revel in the pain I'm currently going throug
try.

-Johnny
Replies frozen

 **Ω splatterhouse**
February 5 2010, 21:51:07 UTC

**Re: There&#39;s a difference between mocking and bullying**

So the whole MIT thing was unproven gossip? And djpat's personal experience with you? And the fact that you were arrested for having mu
numerous other personal experiences people are relating? Which part of that, exactly, is unfounded gossip?

Don't pull this bullshit. You're not in ~pain~, you got caught being a creepy loser.
Replies frozen

 **Ω make_you_laugh**
February 5 2010, 22:36:28 UTC

**That's actually a good question**

Hi!

That's actually a good question.

Yes, the MIT thing was found to be baseless. That's why there were never charges.

Here's the thing though. Under the guise of a "community warning", various well-meaning but ultimately rude people asserted to the wo

This plus the Internet has created a permanent bias. Now whenever I do "anything", people want to view it in the worst way.

Take a look at my website, http://WheelQuestions.org

I spent 1500 unpaid hours and $15,000 of my own money over two years on an art project that has made thousands of people happy.
MIT project too, which also made thousands of people happy.

And despite all this, people have "so" much hatred. It's really a case of people believing what they "want" to believe. I think some peopl
their senses. It's like when the US invaded Iraq. There was a "group think" on the assumption that they'd have WMDs.

The whole thing has been accelerated by an internet stalker that I have, and the people who love to gossip and get duped into being fr

-Johnny
Replies frozen

**Ω splatterhouse**
February 5 2010, 22:56:30 UTC

2/4/13                          davis_square: Today's Somerville Police Blog

**Re: That&#39;s actually a good question**
Oh dude, seriously, just shut up. You seem creeper, more desperate, and more pathetic by the moment.

Group think.. are you kidding? Multiple news reports about your creepiness. Multiple people who've met you in person reporting a
IT'S NOT THEM.
Replies frozen



**Ω make_you_laugh**
February 6 2010, 00:13:39 UTC

**That is a lie**
Hi!

Multiple? What are you talking about?

I've only been in the press twice. Once in 2003, when I was cleared of all charges.

And then again this week, which because it's an ongoing trial, I can't speak to, but I will be found innocent. There's a secret th

Multiple people who've met me reporting in person? Really! I had no idea that you were so "gullible". Don't you know better th
comments there's been... no actual accusations from the person claiming to be a victim.

Man you are really charged up over nothing! Now can you smell your own shit or are you too deep in it just to say, "Hey, I'm s

-Johnny
Replies frozen



**Ω splatterhouse**
February 6 2010, 00:22:36 UTC

**Re: That is a lie**
Yes, there are multiple people in this post who have met you and think you are creepy or think your behavior is reason fi
your pending legal investigation, but that in itself speaks volumes. Your own presence here, frantically darting to every c
of your behavior with poorly thought out moral imperatives, only serves to further my suspicion.

I sincerely doubt you're in any position to judge my emotional state; it seems as if you have a poor grasp of social cues a
reason for anyone here to apologize to you. None. This is a public discussion forum, where we publicly discuss matters r
for the discussion occurring, you are more than free to not participate or read. You are not, however, free to demand tha
those demands honored.

Once again, I urge you to examine the common denominator in all of the incidents being mentioned. If you are able to loi
behavior then you may find the problem is not others, but yourself.
Replies frozen



**Ω make_you_laugh**
February 6 2010, 00:27:10 UTC

**There's nothing in your post that makes any sense...**
Hi!

You are actually mistaken. I have read all the posts, in fact there are "not" multiple people. What you've got are, I th

Look, when someone says that your behavior is reason for concern, that means that a crime might be committed. W
this time I still haven't done anything wrong, maybe it's just been your prejudice and anxiety this whole time.

If someone would like to non-anonymously step forward and talk about a crime that I committed, the next thing I wou

Let's face it, you've got nothing. There's a ton of drama going around. It doesn't make me a creep and it certainly di

-Johnny
Replies frozen

**Ω splatterhouse**
February 6 2010, 00:32:52 UTC    Edited: February 6 2010, 00:36:33 UTC

2/4/13                                    davis_square: Today's Somerville Police Blog

**Re: Modern day witch-hunt**
I've read those articles; I don't think they paint you in an especially favorable light.
Replies frozen


**Ω make_you_laugh**
February 5 2010, 22:47:58 UTC

---

2/4/13                                    davis_square: Today's Somerville Police Blog



**Re: There&#39;s nothing in your post that makes any sense...**
"Gee golly willikers"? Are you... serious?

I have no idea who these "anonymous" people you keep speaking of might be. Everyone here posted with their

All of your arguments so far have amounted to a lot of flailing and "THIS IS VICIOUS GOSSIP! WITCH HUNT! TI
ANONYMOUS! WHARGARBLE!" Forgive me if I'm not terribly impressed or swayed by that.

Replies frozen

*Deleted comment*


**Ω make_you_laugh**
February 6 2010, 19:40:10 UTC

**That is a lie**
Hi!

I respectfully request that you stop inventing lies.

People who've known me for 10 years, eh? Tell me about that. Don't you mean something like, somebody
me and never became a friend and doesn't really have a complaint?

If someone would like to speak up and use their name, great, let's go at it.

You are right to point out that not everything bad means I'm a criminal. But frankly, if some people have a
pretty angry at some people as well, maybe even a couple of the ones you think you're mentioning.

This flame war isn't about "a few people had an unfortunate interaction with Johnny". This flame war has b
implying that I'm dangerous or have raped babies or stolen the Statue of Liberty or whatever.

That's seriously out of line. Fortunately, I think most people who read anonymous hate speech take it for v

The LJ community is full of drama posing as intellectual honesty, by people who haven't woken up to Mysp

-Johnny
Replies frozen


**Ω make_you_laugh**
February 5 2010, 21:14:29 UTC

**Modern day witch-hunt**
Hi Ron,

I really expected better from you. Clearly you haven't seen the other two articles, which you can find below.

The first article the original complainer withdraws her charge. She admits that there was no harassment. The second article says that no charges were file

Now let me ask you this. If I harassed someone "by email", the proof would all be there, right? So... clearly what we have here are some high-strung peopl

And now you have joined them? That's why I'm disappointed.

-Johnny

http://tech.mit.edu/V123/N20/20matchup.20n.html
http://www-tech.mit.edu/V124/N1/1matchup.1n.html
Replies frozen


**Ω ron_newman**
February 5 2010, 21:40:01 UTC

2/4/13

davis_square: Today's Somerville Police Blog

 **Ω turll**
February 4 2010, 17:07:33 UTC

I'm seriously sorry that the world is still hasn't moved past the concept (even if it's more virtual these days) of a public hanging, pillories, stoning,

Replies frozen

 **Ω arrowintwolakes**
February 4 2010, 17:12:15 UTC

Sooooo, you're cool with statutory rape? That's the bottom line?

Replies frozen

 **Ω turll**
February 4 2010, 17:22:37 UTC

I'm cool with anything that's consentual.

Replies frozen

 **Ω chumbolly**
February 4 2010, 17:25:32 UTC

Can drunk adolescents consent?

Replies frozen

 **Ω turll**
February 4 2010, 17:36:39 UTC

Of course. Consent is consent. You're in charge of your own body. If you don't want to do something, you're in charge of not threats or actual physical force) then it's consensual.

Replies frozen

 **Ω badseed1986**
February 4 2010, 17:50:59 UTC

OMFG.

Way to indirectly put the blame on a whole lot of victims out there. Jesus fucking CHRIST.

Replies frozen

 **Ω exsplusohs**
February 4 2010, 17:53:36 UTC

Yeah, this is balshit. Holy shit.

Replies frozen

 **Ω turll**
February 4 2010, 17:54:57 UTC

**People are only victims when they are forced.**

When I was 17 I had a boyfriend who was 24. And I had the opportunity to drink alcohol and smoke pot (though I did have been full of shit because I wasn't. And if the cops or some random community members tried to stop me from t and they'd have been pretty wrong.

2/4/13

davis_square: Today's Somerville Police Blog

Thankfully I at least had parents who weren't so puritanical.

Replies frozen



**badseed1980**

February 4 2010, 18:06:03 UTC

**Re: People are only victims when they are forced.**

So this means that anyone who's ever felt like they couldn't say no to someone because they might get hurt, hi lowered their inhibitions to a point that they agreed to do things they wouldn't have chosen to do while sober, a VICTIM?

What planet are you from? Remind me not to move there.

Replies frozen



**turil**

February 4 2010, 18:14:19 UTC

**As I said, people are only victims when they are forced.**

Um, clearly if someone felt threatened "because they might get hurt, humiliated, fired, evicted, etc.," then

But drinking alcohol is no excuse for making bad decisions. That's why it's crucial that young people learn how to drink responsibly is irresponsible, in my opinion.

Replies frozen



**eystennin**

February 4 2010, 18:05:36 UTC

**Re: People are only victims when they are forced.**

So say a person get a minor drunk, to the point of unconsciousness. Anything done after that "wouldn't" make care if they drink or smoke or whatever- I do care if they're being offered these items by an old man. He's not d some motivation beyond that on the adult's part.

Replies frozen



**turil**

February 4 2010, 18:16:14 UTC

**Re: People are only victims when they are forced.**

Reread my subject heading there. If you're passed out, it's clearly not consensual, as you are physically b

And if you want them to have better options than getting what they need from this guy, then why not offer l

Replies frozen



**eystennin**

February 4 2010, 18:17:52 UTC

**Re: People are only victims when they are forced.**

Because I don't need to knock out underage girls to get my groove on?

Replies frozen



**turil**

February 4 2010, 18:26:10 UTC

**So you think they need to be raped, then?**

I'm talking about what they actually need, which is love, belongingness, attention, and the freedo care of themselves.

Replies frozen

davis_square: Today's Somerville Police Blog



Ω evstennin
February 4 2010, 16:26:56 UTC

**Re: So you think they need to be raped, then?**

That's what you're talking about, yes, but that's not what they're actually getting.

Replies frozen



Ω turll
February 4 2010, 18 31:36 UTC

**That's my whole point.**

If you want them to not seek out what they need from this guy, then offer them someth

Replies frozen



Ω make_you_laugh
February 5 2010, 21:39:59 UTC

**What you've just said is illegal**

Hi there,

What you've just done is called slander. Or maybe it's libel. I get those confused.

If you think that I've been, what, knocking out underage girls and screwing them, for God's sake,

If you don't think that, why would you say it?

I know, it makes you feel all edgy and brave to dare to say things that are "in your face". But the bravery. People don't respect you more. They just see you as off-balance.

Well... It's true that some people with give you kudos. They are people who habitually see the wo into a "story" that feels right to them.

Let me put it this way. Over two years, I put 1500 hours and $15,000 into an art project that mad http://WheelQuestions.org

If you read through it, and your "gut instinct" is to call me a creep... I think you need a new gut In things a certain way that you're blind to just saying, "ok, maybe I was wrong."

-Johnny

Replies frozen



Ω evstennin
February 5 2010, 23:09:58 UTC

**What you've just said is stupid.**

Eekums! A legal ruling from Jonmon: Ace Attorney! I throw myself on the mercy of the court!

I'm so nervous, I need a drink. If only I were under 21, I'd know where to get one.

Replies frozen



Ω plumtreeblossom
February 5 2010, 23 39:30 UTC

**+1**

YOU WIN THE INTERNET x1000!

Replies frozen

Ω splatterhouse
February 6 2010, 00:37:35 UTC

2/4/13                                  davis_square: Today's Somerville Police Blog



**Re: What you've just said is stupid.**

oh shit, son.

Replies frozen



**Ω awflof**
February 6 2010, 06:59:04 UTC

**Re: What you've just said is illegal**

It can't be libel (it's libel if written, slander if spoken). If it were libel, then according to your lo
statements would be found guilty.

Therefore, by your logic, nobody's being libelous of you, because nobody's been convicted

QED.

Replies frozen



**Ω evranothe2nd**
February 6 2010, 06:18,03 UTC

**Re: What you've just said is illegal**

WIN!

Replies frozen



**Ω make_you_laugh**
February 6 2010, 18:19:06 UTC

**Actually, you are wrong**

H Sheerl,

Actually, you are wrong. I have indeed threatened a lawsuit and had information exchan
an article where they speculated on the police report and then report as though it was

For example, they said that (and there's a mention of minute traces of marijuana in the
wrote a letter to the editor and the blog was changed in 4 ways, including removing a c

Thanks by the way, for being a smartass. Can I say something? To you, this is just a fu
this is my life. How am I going to job-hunt, socially network, etc. with this kind of crap on

I know that you are a good person, but you are letting your temptation here to have fur

-Johnny

Replies frozen



**Ω badseed1986**
February 4 2010, 18:19:09 UTC

**Re: People are only victims when they are forced.**

People have neither the responsibility nor the right to seek out minors and encourage them to do ille
Replies frozen



**Ω cystennin**
February 4 2010, 18:23:22 UTC

**Re: People are only victims when they are forced.**

Now, now. Jon was simply doing his patriotic duty to educate these women. Like when the coloni
Boston Jailbait Party.
Replies frozen

2/4/13

davis_square: Today's Somerville Police Blog



**badseed1980**
February 4 2010, 18:27:33 UTC

**Re: People are only victims when they are forced.**

I am so glad I wasn't just drinking my tea when I read that. The monitor would have been a n

*hands you a shiny new Internet*

Replies frozen



**purgatori84**
February 5 2010, 06:45:51 UTC

**Re: People are only victims when they are forced.**

BWahahahaha, amazing.

Replies frozen



**make_you_laugh**
February 5 2010, 21:36:10 UTC

**You're clearly an authority... on witch-hunts**

HI

I think you're leaping to a number of weird assumptions here.

Isn't the truth that you know little or nothing about what happened?

Shouldn't you wait for more information? What happened to the assumption of innocence?

You should be embarrassed. You are participating in a witch-hunt.

-Johnny

Replies frozen



**syatennin**
February 5 2010, 23:10:28 UTC

**Re: You&#39;re clearly an authority... on witch-hunts**

*blushes*

I try.

Replies frozen



**ron_newman**
February 4 2010, 18:18:09 UTC

**Re: People are only victims when they are forced.**

17 and 24 is a lot different from the situation being described in that newspaper article, however.

Replies frozen



**turil**
February 4 2010, 18:24:23 UTC

**I try to avoid age discrimination.**

If someone enjoys being with someone else, I don't feel I have a right to interfere. I'm a big fan of freedom,

Replies frozen

**maru_mari**

2/4/13                              davis_square: Today's Somerville Police Blog


February 4 2010, 23:30:21 UTC

**Re: I try to avoid age discrimination.**

Where do you draw the line? Obviously 5-year-olds aren't capable of sound decisions. We draw the l
that rule - so where is the line?

Replies frozen



Ω turil
February 5 2010, 00:00:28 UTC

**5 year olds obviously do know when they do and don't want to do something.**

Regardless of who you are or how old you are, consent is pretty obvious, at least to me. If I want
say "yes" when asked. If I'm not asking for it, and there is no "yes", then it's not consensual. So I

Replies frozen



Ω maru_mari
February 5 2010, 00:06:18 UTC

**Re: 5 year olds obviously do know when they do and don't want to do something.**

Okay - consent is not obvious to everyone, and counting on the fact that it is opens up a hu

"Your honor, that 5-year-old told me she wanted to touch my penis!"

...no.

We draw lines for a reason, and that reason is that if you give people an inch, they'll take a

Replies frozen



Ω iscari0t
February 5 2010, 00:10:22 UTC

**Re: 5 year olds obviously do know when they do and don't want to do somethi**

This thread delivers; 10pts, A++, would read again

Replies frozen



Ω turil
February 5 2010, 00:13:56 UTC

**Re: 5 year olds obviously do know when they do and don't want to do somethi**

I'm sorry you don't respect 5 year olds enough to trust them to know what they want an

Replies frozen



Ω maru_mari
February 5 2010, 00:17:18 UTC

**Re: 5 year olds obviously do know when they do and don't want to do som**

Don't be foolish - It's not that I can't trust a damn five year old, OK, it's that I can't t
naive nature.

I'm trying not to get angry and say mean things, but you're testing my resolve.

Replies frozen



Ω turil
February 5 2010, 00:21:02 UTC

**So you understand what I'm talking about here?**

davis_square: Today's Somerville Police Blog

Consensual means that both individuals agree to it. If they don't clearly agree but they aren't about to say they want sex.

Replies frozen



Ω maru_marl

February 5 2010, 00:23:31 UTC    Edited: February 5

**Re: So you understand what I'm talking about here?**

Don't you get it? You can't build a justice system on mutual consent for a something. An honor system composed entirely of people adhering to th system to get what they want, regardless of who it hurts.

It's "why" things are the way they are (and the very reason there's a hard

(You could argue that anyone saying a 5yearold was interested in sex is where do you draw the line?)

Replies frozen



Ω turll

February 5 2010, 00:53:07 UTC

**You can indeed build a system that respects people's rights.**

But I can see that you don't respect people enough to let them make

Replies frozen



Ω maru_marl

February 5 2010, 01:38:10 UTC

**Re: You can indeed build a system that respects people'**

...I said nothing like that.

I hope strawmen make good company. You can keep that one.

Replies frozen



Ω turll

February 5 2010, 01:41:41 UTC

**If you're making decisions for people, then you don't**

So either you let them make their own decisions about whi

Replies frozen



Ω maru_marl

February 5 2010, 01 58:12 UTC

**Re: If you're making decisions for people, then y**

It doesn't work like that. This is a false set of choices.

Kids are not capable of making decisions about sex, I consequences of their choices. Further, their choices

You can't trust adults not to take advantage of kids' n alone with a child and it's evident that some kind of se or not it was consensual, because he will lie and the h then? His word against the child's? How do you decid

Again I have a hard time believing you're not just beir is insane.

Replies frozen

2/4/13                          davis_square: Today's Somerville Police Blog



Ω **maru_mari**
February 5 2010, 01:48:02 UTC

**Re: You can indeed build a system that respects people'**

P.S.: I'm irritated that I gave you the benefit of the doubt and tri
what I was saying, you defaulted to trolling me.

Guess I learned my lesson.
Replies frozen



Ω **turll**
February 5 2010, 02:02:46 UTC

**Yes, I know you don't respect me, either.**

Nonetheless I respect your freedom to be as insulting to m
bullied and called names. I'd rather it be me than anyone (
Replies frozen



Ω **maru_mari**
February 5 2010, 02:10:06 UTC

**Re: Yes, I know you don't respect me, either.**

Oh come off it, I didn't do anything to you besides qu
disagreeing with someone or acknowledging a defici
humane treatment. It doesn't even classify as insult fo
Replies frozen



Ω **turll**
February 5 2010, 02:11:42 UT

**So calling me a "troll" is respectful to you?**

Because it's pretty rude in my mind.
Replies frozen

Ω **maru_mari**
February 5 2010, 02:13:0

**Re: So calling me a "troll" is respectful**

Ignoring my points and using strawmen is tr
believe you are trolling me. I used a word to

Maybe you don't see a difference, but to me
Replies frozen



Ω **surrealestate**
February 5 2010, 02:13:53 UT

**Re: Yes, I know you don't respect me, either**

You haven't done anything wrong and I know yo
experience shows that turll loves to antagonize p
and perhaps also change some of your anger to

But really, unless you're actually enjoying the arg
Replies frozen

Ω **make_you_laugh**

 February 6 2010. 21:43.3

**It takes strength...**

Hi!

It takes strength to cut somebody down to s

Oh wait, I mean weakness.

I'm disappointed. Let's face it, there's a lot c
composed of: taking this yummy desire to m
actually true. I guess it makes some people

I think that's pretty sad.

-Johnny

Replies frozen

 Ω **rumpleteasah**
February 6 2010, 18:

**Re: It takes strength...**

So wait, saying that someone is activel
an actual conversation with them (Whic
Really? Cause, I mean, I know that if M
consent to things that they frankly don'

Replies frozen

 Ω **cyranothe2nd**
February 6 2010, 06:23:34 UTC

**Re: You can indeed build a system that respects peo**

Wow, Maru. Way to try to make a logical point, only to hav
the exact same arguments that NAMBLA does.) You win in

Replies frozen

 Ω **watersaredeep**
February 6 2010, 01:02:16 UTC

**Re: 5 year olds obviously do know when they do and don't want to do som**

5 year olds also like to play in traffic, eat candy until they throw up and walk throug
knowing that they're barely out of babyhood and cannot possibly know what they v
well-being and to be safe from pedophiles and adults who would abuse their positi

Frankly, if you're going to justify a 5 year old knowing what they want including se>

Replies frozen

 Ω **turil**
February 6 2010, 01:06:50 UTC

**Do you seriously think a kid is going to consent to sex with an adult?**

Honestly?

Replies frozen

 Ω **watersaredeep**
February 6 2010, 01:25:05 UTC

**Re: Do you seriously think a kid is going to consent to sex with al**

You tell me since you're the one rallying for a 5 year knowing when they consent:

"Regardless of who you are or how old you are, consent is pretty obviou body language, or I will say "yes" when asked. If I'm not asking for it, and "draw a line" at some arbitrary age."

And: "I'm sorry you don't respect 5 year olds enough to trust them to kno

I could continue to quote, but I don't need to. Your comments are frighter comments. Do you realize that you are sounding like a rape or pedophile

Replies frozen



**O turil**

February 6 2010, 01:38:29 UTC

OK, now I know you're just messing with me.

Clearly you know that it's wrong to force someone to have sex agair

Replies frozen



**O watersaredeep**

February 6 2010, 01:47:19 UTC

**Re: Messing with you? Reading your comments brings t**

Of course I know that. But more importantly, YOU don't seem t they want and what consent is and isn't. A 5 year old (or pick a many power dynamics and power differentials involved that cor

I'm not sure why you think I'm messing with you as reading you loved were molested and I heard the exact same comments an

Consent under many circumstances never equals consent and

Like I said, I really think you need some help. If you think I'm ju quite a bit.

Replies frozen



**O turil**

February 6 2010, 02:00:37 UTC

**Either you're messing with me, or you're totally misu**

Either way, rape (forced sex) is fucked up, and I hope it n interfere with people who do want to have consensual sex,

Replies frozen



**O watersaredeep**

February 6 2010, 02 15:01 UTC

**Re: Either you're messing with me, or you're tot**

I'm still dumbfounded as to why you'd think I was "mes children and a victims advocate for my states justice ( you? Is there a special koolaide we're supposed to be misunderstanding you, then it's totally on you to clear comments.

And I hope that people like you don't interfere with pe fucked up.

I do promise you this: If someone is not of an age, sit dammed right I'll be fucking it up for you. Are we still t

I don't think there's a whole lot to misunderstand here

2/4/13                                 davis_square: Today's Somerville Police Blog

Replies frozen



Ω **arrowintwolakes**
February 5 2010, 02:22:23 UT

**Re: Either you're messing with me, or you're**

This could easily have been addressed to you as
Replies frozen



Ω **watersaredeep**
February 5 2010, 03:04:0

**Re: Either you're messing with me, or yⱶ**

Thank you.

Replies frozen



ᴨ **bombardiette**
February 5 2010, 03 24:31 UT

**Re: Either you're messing with me, or you're**

You know, up until now, I was amused. But as th∎
language, expresses love vis a vie kisses and hⱶ
who doesn't even KNOW what sex is and therefo∎
lol. And I will guarantee you that just because sh∎
kissing, and just because she's into stripping her∎
language or action as consent to sexual activity ∎
large uncles as well.

I respect my daughter enough to ask her what sₕ
knows) - but I WILL interfere with anyone who trlⱶ
know what? When she's 6 or 10 or 12, the same

Now I'm just sickened by the fact that anyone co∎
Replies frozen



Ω **watersaredeep**
February 5 2010, 03:17:2

**Re: Either you're messing with me, or yⱶ**

Exactly. When m vy (now adult kids) were ti∎
complete innocence because they're comp∎
they're doing was "giving consent." To think
forever and never interact with another livin

There is so much, so much I could say here
witness to.

Sorry that this brought up painful feelings fo
Replies frozen



ᴨ **bombardiette**
February 5 2010, 03:

**Re: Either you're messing with me,**

Only if I can join you in the forest forev∎

Please do keep doing what you are, fo∎
too...and the notion that consent shoul
Replies frozen

2/4/13                                   davis_square: Today's Somerville Police Blog



**Ω turil**
February 6 2010, 02:27:08 UT

**Re: Either you're messing with me, or you're**

I'll try to make this as clear as I possibly can.

If someone, of any age, doesn't consent to sex, (

If someone of any age does want to have sex wit
entirely tells them they can't have it, that's also n

I know that many people, especially US American
and believe that they don't have a right to make
do. And I believe that it's really wrong and screw
lifestyle you choose sucks beyond belief and cau

Replies frozen



**ŋ bombardiette**
February 6 2010, 02 30:1

**Re: Either you're messing with me, or y**

How does a two year old consent to sex? Or
child of that age is developed enough for - (
"Ooookkkaaaayyy..." because an adult they
they're consenting to, then HOW can you s

Replies frozen



**Ω turil**
February 6 2010, 02:

**So it looks like you're just really mh**

But I don't have the energy to keep cla

Suffice it to say if someone wants to ha
up for someone else to force them not

And it's equally messed up to force sor

Neither is respectful.

Replies frozen



**ŋ bombardiett**
February 5 2010

**Re: So it looks like you're just r**

By your argument, if you offered a
accepted the lollipop, that's conse
and none of what sex is and so co
should or should not accept the kr

And if I stop this transaction, then

I'm with Ω watersaredeep - you (

Replies frozen



**Ω turil**
February 6

**You're the sick one if you (**

Obviously not. That's utterly r

Consent is so clearly not just
Replies frozen



_D first_
Februa

**Re: You're the sick on
sex.**

Right. You're saying if a
actually what the rest of

Replies frozen



_C_
F(

**Not quite...**
If a three year old u
actively chooses to

But I seriously hope
to both understand

Replies frozen



**Re: Not quite.**
Is this correct?

Neither of us b
consent to sex
three year old i
able to give inf

Replies frozen



_g hon_
Februa

**Re: You're the sick on
sex.**

Really? Because that is i
have a friend who was *c
posted. And no one stop
communal living where a

So don't talk to me abour

Replies frozen



_C_
F(

**Re: You're the sic
to sex.**

No two year old hun
to sex at two is just i

Replies frozen

2/4/13                                     davis_square: Today's Somerville Police Blog



**Re: You're the**
**consent to se**

OK. We're don

Replies frozen



**You've been maki**

Hi!

Frankly, i think you'

You're reacting as l
turil said something

Rather than asking
Nobody is advocatir

You can have two re
embarassed that I c
guess I jumped to s
anyone. I'll try to tak

-Johnny

Replies frozen



**Re: You've be**

Wow, you *are* (

Replies frozen



**Re: You'v**

Hi!

I'm asking

Saying, "V

Let's face
apologize

As such, y
someone \

-Johnny

Replies fro;



**Re: Y**

Nope

Replie

2/4/13                                    davis_square: Today's Somerville Police Blog



**Ω watersaredeep**

February 6 2010, 02:50:5

**Re: Either you're messing with me, or y**

If someone of any age does want to have s(
else entirely tells them they can't have it, th(

Great- I hear you loud and clear. As mentiol
that you consider people like 'me' to be opp
abilities.

What I've seen would make you weep and s
to make this about "puritanical" standards...

No more to say at this point. Goodnight, Sir
Replies frozen



**Ω bluesauce**

February 6 2010, 08:30:34 UTC

**Re: Either you're messing with me, or you're tot(**

So, I guess your husband left you because he found
Replies frozen



**Ω ron_newman**

February 6 2010, 14:06:1( UT

**Re: Either you're messing with me, or you're**

Even for this thread, that was unnecessarily per(
Replies frozen



**Ω awflef**

February 6 2010, 03:52:42 UTC

**Re: Do you seriously think a kid is going to consent to sex with a(**

Actually, yes, they do all the time. Because they have trusted the adult i(
show their love.

So yeah, a kid will "consent" because they don't understand that it's wro(
Replies frozen

davis_square: Today's Somerville Police Blog

Replies frozen



**Ω foogati**

February 5 2010, 06:08:42 UTC

**Re: 5 year olds obviously do know when they do and don't want to do something.**

So if my (hypothetical) 6-year-old asks me for, say, a birthday cake for dinner, should I com not food-rape him by feeding him chicken and vegetables instead?

If he does not consent to being bathed for 3 weeks straight, am I supposed to comply and not bath-rape him?

If he refuses to wear clothes and wants to go to Target naked, should I allow this and not cl

These are all very obviously unhealthy/unhygienic/unsafe choices, and I suspect you won't doesn't understand or know any better. When he's 15, I highly doubt he'd have those wants issue... So I fail to see why age limits are a problem.

Replies frozen



**Ω arrowintwolakes**

February 5 2010, 06:46:36 UTC

**Re: 5 year olds obviously do know when they do and don't want to do somethi**

Don't... just don't try. I wasn't the only one who immediately saw the cognitave dissonar explore it.

Replies frozen



**Ω canongrrl**

February 6 2010, 00:46:16 UTC

It's not worth arguing with turli, really you'll just end up banging your head against the wall (btw hii haven't seen you

Replies frozen



**Ω badseed1980**

February 6 2010, 13:25:39 UTC

**Agreed. I've decided to give up the effort.**

Hi yourself, too! :)

Replies frozen



**Ω make_you_laugh**

February 6 2010, 21:34:06 UTC

**Adolescents?**

Hi!

I think you're confusing the word "teenagers" with "people who are 13".

Did you know that there are teenagers who are 19?

When did you have your first drink?

Maybe when you don't know what you're talking about, you shouldn't talk at all. Otherwise, you just make a fool of yourself.

-Johnny

Replies frozen

**Ω chumbolly**

February 6 2010, 02:22:41 UTC

davis_square: Today's Somerville Police Blog

**Re: Adolescents?**

Hya!

My apologies for the semantic foolishness, but I was using the word adolescent for its common meaning, and looking at t person, usually between the ages of 13 and 19."

But I think it is absolutely brilliant that when I posed the question "can a drunk adolescent consent?," your quibble was to sir, are the Kasparov of the Internet. I give up in humble defeat.

Replies frozen

*Deleted comment*



**Ω turil**

February 4 2010, 17:23:38 UTC

Everyone has problems. Everyone needs help to be healthy.

Your predatory attacks, and need for love, notwithstanding

Replies frozen



**Ω arrowintwolakes**

February 4 2010, 17:27:56 UTC

Now who's bullying?

Replies frozen



**Ω turil**

February 4 2010, 17:32:57 UTC

**How is that bullying?**

I'm saying that he deserves love and health.

Replies frozen



**Ω icecreamempress**

February 5 2010, 00:33:23 UTC

**Re: How is that bullying?**

That's your way of bullying.

You bully all the time, and you cloak it in this "peace and love" passive-aggression.

You are a ball of hate masquerading as a giver of love.

Think about this. You won't, because you're so locked in self-delusion, but you should.

Replies frozen



**Ω turil**

February 5 2010, 00:55:08 UTC

**Re: How is that bullying?**

I'm ready to listen to you if you want to answer my question. How is this bullying, and what would be a better way for and harming people I care about?

Replies frozen

**Ω lizzlelizzle**

February 3 2010, 04:31:46 UTC

davis_square: Today's Somerville Police Blog

**Re: How is that bullying?**

You assume he wants love and health. Perhaps you should ask him instead of assuming? Personally, I don't lik
person insists that it is what I need or deserve.

"bullying and hating people I care about" - Do you know JonMon? Is this why you feel the need to stand up for
Replies frozen



**Ω arrowintwolakes**
February 5 2010, 06:48:27 UTC

**Re: How is that bullying?**

She does not know him. She's already said so elsewhere here.
Replies frozen



**Ω turil**
February 5 2010, 13:25:01 UTC

**I stand up for my beleifs, and the health of my honey, and myself.**

No, I don't know the guy personally. And I don't assume anything, I simply pay attention, and learn from ex

And I'm sorry you don't appreciate all the gifts that people offer you.
Replies frozen



**Ω lizzielizzie**
February 5 2010, 14:05:25 UTC

**Re: I stand up for my beleifs, and the health of my honey, and myself.**

Here is my gift to you: perhaps you should get to know a person better (i.e. somewhere other than LJ
much more tolerable if you do.
Replies frozen



**Ω turil**
February 5 2010, 14:13:11 UTC

**I make no assumptions. I make observations, instead...**

...based on the information given to me.
Replies frozen



**Ω make_you_laugh**
February 6 2010, 21:52:14 UTC

**You've just said something judgmental and rude**

Hi

You're being judgmental and making assumptions yourself here.

-Johnny
Replies frozen



**Ω make_you_laugh**
February 6 2010, 21:50:50 UTC

**If you think people who don't know me shouldn't be talking.... why are you talking?**

Hi

Look, if you haven't got a dog in this fight... why are *you* speaking?

davis_square: Today's Somerville Police Blog

What you've just said is why should turll stand up for a stranger.

Well gee whillickers, why should you attack a stranger? Isn't this entire thread one big attack? You should trying to quiet people down.

-Johnny

Replies frozen

 ○ lizzielizzie

February 5 2010, 22:20:31 UTC

Re: If you think people who don't know me shouldn't be talking.... why are you talking?

Why are you here now, a day later, when this thing was just about dead? A smart person would have Replies frozen

 ○ make_you_laugh

February 5 2010, 23:58:06 UTC

Re: If you think people who don&#39;t know me shouldn&#39;t be talking.... why are you

It's too big now.

If I don't speak, it will become "fact".

This is how the thing started in the first place. I'll tell you a little of the story.

Back in 2003, the internet was still new. People didn't trust dating sites. When I ran the MIT Matc a little too jumpy? Sure.

So they took some emails to the police and said it was harassment. It turned out that... it wasn't. original accuser retracted the "harassment" charge in a succeeding article.

My attitude was exactly as you advised. I didn't have the emotional energy for fighting and just de

Then... Google appeared.

Now thanks to Google, here's what happens. People see the allegation and immediately assume

Am I helping an old lady across the street? I must be doing it to hurt somebody. Am I dating some

Like the invasion of Iraq, where a ton of people thought there were WMDs, there's some "Group

Let's face it, what we have here are two allegations, one with the dating service, that I was cleare drinking. I'm not allowed to comment on the case, but let's be serious... most people engage in u

The reason that people take this so "seriously" is the bias. Once you start to believe that I'm a cr

Take a look at my website. It's http://WheelQuestions.org.

I've just spent 1500 unpaid hours and $15,000 of my own money over two years to run an art pr

Anyone who can see that and still assume the worst about me, anyone who can see that I was cl not rational. That's rage and it's pretty ugly.

Unfortunately, thanks again to Google, this is now going to affect the rest of my life. Getting a job who are flaming me here aren't just having some fun at my expense... it's actually destroying my Replies frozen

 ○ plumtreeblossom

February 5 2010, 23:51:32 UTC

Hey, clueless, the internet was not new in 2003. Maybe it took you until then to get active or Replies frozen

○ make_you_laugh

February 6 2010, 00:02:55 UTC

2/4/13

davis_square: Today's Somerville Police Blog



**About the Internet in 2003 and people's mistrust of online dating sites**

HI

Actually, you are mistaken.

Look, I started an Internet company in 1994. I even invented the 'away message' in Inst Internet.

Back in 2003, and even to an extent today, people had a terrible unreasoning fear of o kind of stalker.

Come to think of it, all of you ganging up on me like this is very much like having a bun

-Johnny

Replies frozen



Ω **cystennin**
February 4 2010, 17:14:55 UTC

Historically, witch hunts have been aimed at women, people of low social status, the poor, etc. Johnny is a fairly wealthy software engineer, the type who can't defend himself from a few blog comments.

Replies frozen



Ω **turil**
February 4 2010, 17:28:59 UTC

He's very much of low social status, and he's been harassed by the police, if not in jail. He's definitely not as fortunate, or popular, as m

Replies frozen



Ω **cystennin**
February 4 2010, 17:34:22 UTC

Software engineers who have founded their own corporations, paid for multiple advanced degrees, and are white, male, property most of us haven't been hauled off to jail. If your children were allegedly being plied with liquor by an older man with a history of un

Replies frozen



Ω **turil**
February 4 2010, 17:37:01 UTC

If my children felt that hanging around with older guys who offer them alcohol is their best option, then I'm seriously being a sl

Replies frozen



Ω **cystennin**
February 4 2010, 17:40:23 UTC

Touche.

Replies frozen



Ω **laura47**
February 4 2010, 22:46:12 UTC

you need help? what about your children? your comment didn't really make sense. at all.

Replies frozen

Ω **maru_mari**
February 4 2010, 23:31:46 UTC

davis_square: Today's Somerville Police Blog



This.
Replies frozen



**kelthus**
February 5 2010, 16:22:04 UTC

Calling this "bullying" is an insult to anyone who has really been bullied. Holy shit.
Replies frozen



**badseed1980**
February 4 2010, 17:23:45 UTC

You're right! If we'd only allow the birds to vote, this shit wouldn't happen!
Replies frozen



**arrowintwolakes**
February 4 2010, 17:35:09 UTC

Ha! That's right! Thanks for reminding me who I was trying to talk to.
Replies frozen



**turil**
February 4 2010, 17:26:41 UTC

Yes, I'm one of those people everyone loves to bully, because they see me as a freak. I seriously don't fit into the cult of yuppy ge
Replies frozen



**arrowintwolakes**
February 4 2010, 17:37:21 UTC

Now you're projecting too. When did I call you a freak? The owner of questionable logical faculties and unintelligible philosopl the honor of at least one sexual predator, but no freak. I have, I believe reasonably if snarkily, questioned your illogic and pol skepticism also counts as bullying. But I will henceforth stop talking to you. Or does ignoring the incoherent also constitute bu
Replies frozen



**exsplusohs**
February 4 2010, 17:52:08 UTC

This comment makes me want to shake your hand and buy you a glass of high quality scotch.
Replies frozen



**splatterhouse**
February 4 2010, 22:51:14 UTC

I love you, sir.
Replies frozen



**icecreamempress**
February 5 2010, 00:35:32 UTC

Everything except agreement is bullying with this poster.

davis_square: Today's Somerville Police Blog

Remember the time she wanted people to give her something (art materials IIRC) and then she got all pissy with people 
the exact thing she wanted?

Or the time that she lectured all of us about how we were all sheeple, and then didn't figure out that there were ballot qu
BALLOT OVER* didn't tip her off)?
Replies frozen



**☐ 16thcentmargot**
February 5 2010, 00:38:11 UTC

...I, I...think I just came in my pants.
Replies frozen



**☐ arrowintwolakes**
February 5 2010, 00:43:27 UTC

Ha!

Well, thanks to all the kind words! I'll be available at Orleans at around 11:30 if anyone wants to buy me a drink. I'll I
Replies frozen



**☐ plumtreeblossom**
February 4 2010, 17:26:32 UTC

+1!
Replies frozen



**☐ laura47**
February 4 2010, 22:40:48 UTC

dude every time I scroll past this response I laugh out loud again.
Replies frozen



**☐ make_you_laugh**
February 5 2010, 21:32:31 UTC

**You've just said something illegal**
Hi

What you've just said is illegal.

Seriously, if you believe I've raped someone, call the police immediately!

If you don't, then what you've just said is incredibly cruel.

Do you really go through each day saying hateful, spiteful things to everyone? That is no path to happiness!

Surely you are tempted to lash out and me right now, right?

How would it feel to write back and simply say, "Okay, you got me, you're not a statutory rapist". Isn't that the right thing to do?

-Johnny
Replies frozen



**☐ badseed1980**
February 4 2010, 16:46:14 UTC

No, he doesn't fit in. People who give alcohol and drugs to underage kids don't fit in. Neither do robbers, abusers, or rapists. People who take advantage of oth
not deserve to be coddled and welcomed with open arms into a community where they can cause damage.

We weren't LOOKING for scum. It just popped up. That's the difference.
Replies frozen



   Ω **arrowintwolakes**
   February 4 2010, 16:56:04 UTC

Yeah, wouldn't this be more of a "witch noticing" than "witch hunt?"
Replies frozen



   Ω **badseed1980**
   February 4 2010, 16:56:49 UTC

LOL! He turned me into a newt!
Replies frozen



   Ω **turil**
   February 4 2010, 17:03:59 UTC

Pointing this news out to the whole community is where the active "hunting" comes in.
Replies frozen



   Ω **arrowintwolakes**
   February 4 2010, 17:05:59 UTC

This is the very reason I replaced "hunting" with "noticing." Unless you encourage providing alcohol to minors?
Replies frozen



   Ω **turil**
   February 4 2010, 17:21:24 UTC

Yes, I encourage providing alcohol to minors. I'm not a fan of puritanical, and discriminatory laws. I believe people should be free to learn at kid how to be responsible while using alcohol.
Replies frozen



   Ω **pierceheart**
   February 4 2010, 17:52:35 UTC

*I believe that it's a parent's responsibility to teach their kid how to be responsible while using alcohol.*

Do you believe it is okay for non-parents to usurp that responsibility?

Replies frozen



   Ω **turil**
   February 4 2010, 17:57:35 UTC

I'm not sure thta usurp is the word I'd use, but sure...
I think it's good if anyone offers people wisdom on how to take good care of themselves. My guess is that nothing of the sort is hap
and having the things they are seeking taken away from them.
Replies frozen

   Ω **pierceheart**
   February 4 2010, 18:00:47 UTC

2/4/13                                    davis_square: Today's Somerville Police Blog

Re: I&#39;m not sure thta usurp is the word I&#39;d use, but sure...

What you have seen is not harassment - it is enforcing of the laws on the books.

Johnny's party was obviously disturbing the peace of his neighborhood, and he was, at the least, tolerating giving alcohol to t

Don't like the puritanical laws - then YOU go break them and go to jail and make your rants from jail in protest - like any other

Until you have the guts to actually stand up for what you claim to believe in, and put your own freedom on the line, SHUT THE

hypocrite.
Replies frozen



**Ω turil**
February 4 2010, 18:10:28 UTC

I do what I can when I can.

I do my best. If you want me to do better, then you can offer me better things.
Replies frozen



**Ω pierceheart**
February 4 2010, 18:12:27 UTC

Re: I do what I can when I can.

Why don't you try acting on your beliefs regarding puritanical laws and then openly admit it to the police?

If you think they are such a gross miscarriage of justice, then do like all the other great protestors have done, and g
Replies frozen



**Ω turil**
February 4 2010, 18:20:09 UTC

I've been to jail, and if necessary I'll go again.

And I do indeed act on my beliefs. My biggest belief is that understanding what people need for health is a prio
Though occasionally I see someone who seems to seriously need help in the moment, and I do my best to offer

I'd offer to help you, but you don't want that, do you?
Replies frozen



**Ω pierceheart**
February 4 2010, 18:21:22 UTC

Re: I&#39;ve been to jail, and if necessary I&#39;ll go again.

You have no help you can offer me that would be worth any of my effort.
Replies frozen



**Ω turil**
February 4 2010, 18:27:40 UTC

Then why do you keep trying to get something from me?

Why not go elsewhere for what you need, rather than spending your time with me trying desperately t
Replies frozen



**Ω iscari0t**
February 5 2010, 00:11:57 UTC

Re: Then why do you keep trying to get something from me?

You've already given me minutes of entertainment, and for that, I thank you.
Replies frozen

 **⊙ mharbourgirl**
February 6 2010, 12:21:16 UTC

Because it's so 'puritanical' and 'discriminatory' to prevent teenagers from permanently damaging their still-growing brains. Which is WI on peer pressure, rebellion and curiosity. You do know what alcohol does to adolescent brain development, don't you? Look it up, if you don't give a shit about the consequences of ANY actions. "I do what I want, whatever" seems to be your motto. You try to dress it up wt not at all empathetic.

People like you make me SICK.
Replies frozen

 **⊙ cystennin**
February 4 2010, 17:24:54 UTC

So newspaper articles are "hunting"? If the paper runs a story on budget processes, is it "hunting" the aldermen because it made us aware of it?
Replies frozen

 **⊙ hrafn**
February 4 2010, 18:31:24 UTC

It's already in the public record. It is public information. This is not "hunting," this is "avoiding."
Replies frozen

 **⊙ turil**
February 4 2010, 18:36:54 UTC

Do you see the difference between sharing information, and bullying?

Plumtreeblossom and others here aren't just sharing the information, they are mocking him and insulting him and acting otherwise "holier th than enough problems already.
Replies frozen

 **⊙ hrafn**
February 4 2010, 21:04:05 UTC

**Re: Do you see the difference between sharing information, and bullying?**

The original post provided a link and an excerpt from the source. Any mocking or insulting you saw in that is your own interpretation.

Not that I have a problem with mocking or insulting sexual predators, because I don't want sexual predators wandering around, "looking other people. Clearly he needs help. He needs to go get it himself. If he doesn't, then I am totally okay with him being chased off into th
Replies frozen

 **⊙ turil**
February 4 2010, 21:24:04 UTC

**Re: Do you see the difference between sharing information, and bullying?**

Do you honestly think Plumtreeblossom's motives were purely informative? Or did you happen to notice her tendency to mock peo community (and it's sister "snark" community)? Also did you notice the icon she choose to post it with?
Replies frozen

 **⊙ plumtreeblossom**
February 4 2010, 21:29:11 UTC

Would you like this icon better?
Replies frozen


Ω plumtreeblossom
February 4 2010, 21:29:48 UTC

Or this one?
Replies frozen


Ω plumtreeblossom
February 4 2010, 21:32:08 UTC

Also, you should steal *this* icon from me and use it on all your posts. I give it to you because you need.
Replies frozen


Ω lizzlultzzle
February 5 2010, 04:14:26 UTC

*guffaw*

Me love you long time!
Replies frozen


Ω hrafn
February 4 2010, 21:39:57 UTC

**Re: Do you see the difference between sharing information, and bullying?**

I had already heard the news from a different source, so I was already in the mood of "Oh my god, that creepy guy did someth
which probably affected my interpretation of the post here. Which I thought was surprisingly devoid of anything resembling ed

Had I stopped to think about the motives of the person posting, I would have assumed it was along the lines of "Look what the
behavior and glad that he finally got arrested" or something along those lines. It's a community; part of what people do is sha
sometimes I don't.

I think anyone posting anything about this news would have gotten the same responses from those of us who don't have a pe
Replies frozen


Ω make_you_laugh
February 5 2010, 23:08:39 UTC

**What creepy guy?**
HI

Look at the volume of people commenting, without a single person stepping forward with an actual accusation they took

This thing is self-sustaining. The community's anger is so high now that it is feeding on itself.

You're contributing to the witch-hunt by using the word "creepy". The truth is that you really don't know me or anything a

Take a look at my art project, at http://MWheelQuestions.org. I spent 1500 unpaid hours and $15,000 of my own money to
write the blog http://WeirdBostonEvents.org also unpaid.

If you can look at these things and still think that I am somehow evil, what you're doing is choosing to believe what you wa

It's sad to say but yes, there are people who are working out personal grudges here. That's how witch-hunts work. They

-Johnny
Replies frozen

Ω usernamenumber

2/4/13

davis_square: Today's Somerville Police Blog


February 5 2010, 23:49:18 UTC

I would like to ask you directly:

- Did you have 25-30 teenagers at your house?
- Were said teenagers given alcohol and drugs?
- Did you tell the police that there was no alcohol at the party?
- If the answers to the above two questions are "No" and "Yes", respectively, how do you explain the police report?

.

Replies frozen



Ω make_you_laugh
February 5 2010, 23:54:41 UTC

Re: I would like to ask you directly:

HI

Actually, I do have an explanation for this, but I really really shouldn't give into the temptation to go 'public'. I su
got the wrong guy as the 'host'. Please don't ask me for details, I can't talk about it while a case is underway.

-Johnny

Replies frozen



Ω usernamenumber
February 6 2010, 00:17:14 UTC

Re: I would like to ask you directly:

Of course I do not claim to be entitled to such, but once you feel you can comment in more detail, I'd be in

Replies frozen



Ω make_you_laugh
February 6 2010, 00:22:53 UTC

Re: I would like to ask you directly

HI

I guess I'll do what politicians do and just repeat the same answer. At least I admit it. :)

There *was* a party, but they got the wrong 'host'. AAH! God I really want to tell you everything! I real
trouble.

-Johnny

Replies frozen



Ω brafn
February 6 2010, 01:28:45 UTC

witch-hunt: you keep using that phrase. I do not think it means what you think it means

When people I know tell me they find a person they have interacted with upsetting in a particular sort of way related
*believe them*, and I call that general type of behavior "creepy." I have read all of the posted news articles, include th
and scary.

Look, there does not have to be anything technically ILLEGAL for someone's behavior to be creepy or unpleasant o
might not go to the police EVEN IF some of that behavior IS illegal and prosecutable.

I'm familiar with your project already.

And lastly, with the volume of writing you have put into responding to this thread, now I -do- directly know something
anything more about you.

Do not contact me again.

davis_square: Today's Somerville Police Blog

Replies frozen



**Ω awflef**

February 6 2010, 04:17:28 UTC

**Re: witch-hunt: you keep using that phrase. I do not think it means what you think it means**

++

Just because there hasn't been a formal, legal body say there was something wrong done, doesn't mean there

Just because someone does good things, doesn't mean they can't do bad things.

I'm not saying Johnny is guilty or isn't guilty; I wasn't there. Even if he wasn't the host of the party, common sen underage drinking going on*.

Could it be that he has been found in an unfortunate situation? Sure. But it also could be that everything being

BTW, a note: if several people have had first-hand experiences with one particular person, and those experien describe the particular's person behavior as "creepy".....those people may have distanced themselves from the committed. This is, of course, all in the general sense.

And, in general, no amount of money or altruism balances out having made people feel violated or betrayed (e and not making any accusations. (FWIW, libel is when it's written, slander is when it's spoken).

Replies frozen



**Ω asmodai**

February 6 2010, 06:16:33 UTC

**Re: witch-hunt: you keep using that phrase. I do not think it means what you think it means**

"witch-hunt: you keep using that phrase. I do not think it means what you think it means"

Aww, hell. I just posted that elsewhere in this storm. And I thought I was being clever.

Replies frozen



**Ω hrafn**

February 6 2010, 14:20:32 UTC

**Re: witch-hunt: you keep using that phrase. I do not think it means what you think it means**

Oh, you were! You were just a little slower ;)

(At this point, it's hard to keep up with all the comments.)

Replies frozen



**Ω make_you_laugh**

February 6 2010, 19:08:58 UTC

**This is not contact**

Hi!

I'm sorry, this doesn't count as contact. You posted shit about me to a public board. I am allowed to respond.

You're welcome to your opinion, but if it's not connected to reality, then it's going to be hard to get through life. 2003. In fact, to be more specific, there were never even charges because it was transparently false.

-Johnny

Replies frozen



**Ω lizzielizzie**

February 6 2010, 04:07:10 UTC

**Re: What creepy guy?**



2/4/13

davis_square: Today's Somerville Police Blog

The community's ire -was- dying down, but then you felt the need to speak up and defend yourself, which stoked the (and I think half of them are written -by- you...)

Had you simply explained your side of things and not resorted to shaming the commenters or accusing them of perp party in this argument. I'm sorry you were unable to do this. My hope is that you'll step away and let it die on its own worse.

Replies frozen



**☐ make_you_laugh**
February 6 2010, 19:46:16 UTC

**I don't actually think so**

HI

I'm sorry, but you're actually mistaken about this.

It's true that some people will go kind of insanely bonkers whenever I write anything. But these are people with anyway. Nobody listens to them.

I'm simply putting in my two cents in a situation where people have phrased their accusations about me as fact: side of the story.

If you really think I'm making myself look worse by speaking up for myself, I don't think you're among the 90% o way or another, and surely don't believe anonymous and vague statements that I'm somehow evil... I guess I'm maybe it's just all made up. I'll go with that. Yeah.

-Johnny
Replies frozen



**☐ turil**
February 4 2010, 17:00:05 UTC

**We don't need any more puritanical witch hunts, thanks.**

Oh, please, you treat these young people like they are idiots. They aren't. They are looking for someone to care about them, and for some belongingness be so good at it, but clearly he's doing a far better job than anyone else, or these young folks wouldn't be there.

If we didn't live in such a puritanical part of the world, these folks would be able to get their needs met for belongingness and social experimentation in mo that they can't drink alcohol and try pot make them want to hide their natural curiosity and experimentation from others.

Whether you call them witches or scum, it makes no difference, if you act like they are the cause of your problems, you lose.

Replies frozen



**☐ badseed1980**
February 4 2010, 17:03:46 UTC

**Re: We don't need any more puritanical witch hunts, thanks.**

Please, I grew up in this part of the world, and got my needs met for belongingness and social experimentation in ways that didn't involve me getting p

Replies frozen



**☐ turil**
February 4 2010, 17:17:43 UTC

**yes but not everyone is you...**

If these young people had some other place that offered them what they need, they'd get it there. People choose the best options available to th Then you're responsible for offering them. Otherwise don't complain when someone else does it in a way you don't like. If you aren't willing to do

Replies frozen



**☐ arrowintwolakes**
February 4 2010, 17:07:06 UTC

**Re: We don't need any more puritanical witch hunts, thanks.**

2/4/13                          davis_square: Today's Somerville Police Blog

Not sure where anyone was blaming him for anything other than providing alcohol to minors and generally behaving in (well-documented) unsavory w

Replies frozen

 **ဂ plumtreeblossom**
February 4 2010, 17:08:08 UTC

He is not looking to "care about them." He is looking to FUCK THEM WITH HIS PENS. How stupid and in-denial are you? This is a sexual predator in c
them up so you can get arrested with him.

Replies frozen

 **ဂ turil**
February 4 2010, 17:19:01 UTC

I don't revere his actions, and I seriously don't revere yours, oh anonymous troll...

You're no better than he is.

Replies frozen

 **ဂ exsplusohs**
February 4 2010, 17:27:17 UTC

**Troll? Really?**
LOL! Pot, meet kettle.

Replies frozen

 **ဂ turil**
February 4 2010, 17:34:06 UTC

**Re: Troll? Really?**
Yes, she admitted (and I see evidence of) her being one of my anonymous trolls on my own LJ.

And people may not like what I write, but I'm definitely not anonymous.

Replies frozen

 **ဂ ron_newman**
February 4 2010, 17:34:46 UTC

I'd hardly call ဂ plumtreeblossom an 'anonymous troll.' She may not use her full real name here, but she's well-known to many of us and

Replies frozen

 **ဂ turil**
February 4 2010, 17:41:17 UTC

She admitted, to Pywaket, to being one of my anonymous trolls.

Replies frozen

 **ဂ iscari0t**
February 5 2010, 00:13:08 UTC

Wait, Pywaket? Are you in scuf? Do I know you? Please god solve this mystery!

Replies frozen

**ဂ vestalvixen**
February 5 2010, 03:49:18 UTC

2/4/13                                    davis_square: Today's Somerville Police Blog


**She's Turtle, dammit!**
Replies frozen

 Ω **lscarl0t**
February 5 2010, 04:04:45 UTC

hahahahahahhahahahahahahahahahahaha

Replies frozen

 Ω **trowa_barton**
February 4 2010, 17:36:07 UTC

I find Ω **plumtreeblossom**'s actions to be of greater reverence than Johnny M.'s, and this is by knowing both parties quite well.
While I do not know you, I find your comments and actions to be of less reverence.
Replies frozen

 Ω **turll**
February 4 2010, 17:42:16 UTC

Her bullying is pretty bad. And her enabling of people she calls her friends is quite unhealthy, as well. From what I've seen.
Replies frozen

 Ω **derspatchel**
February 4 2010, 17:48:14 UTC

Well, now you're just bullying Ω **plumtreeblossom**.
Replies frozen

 Ω **clevernonsense**
February 4 2010, 17:56:18 UTC

maybe we should stop feeding the trolls :P
Replies frozen

 Ω **derspatchel**
February 4 2010, 17:59:33 UTC    Edited: February 4 2010, 18:00:26 UTC

But I came late to this pizza party and want to make sure I got a slice that wasn't the last crusty cheese slice in the bottom

EDIT: or the artichoke slice that everybody picked most of the artichokes off of to add insult to injury
Replies frozen

 Ω **clevernonsense**
February 4 2010, 18:01:23 UTC

I really enjoyed my slice of extra artichoke pizza though
Replies frozen

 Ω **derspatchel**
February 4 2010, 18:13:58 UTC

2/4/13

davis_square: Today's Somerville Police Blog

aw, DAMMIT

Replies frozen

 **Ω laura47**
February 6 2010, 23:22:34 UTC

look, I brought you a new pizza! It's jenmen commenting all over this entry! dive in!
Replies frozen

 **Ω turil**
February 4 2010, 16:37:37 UTC

I'm doing my best not to. What would be a better way to clarify my point about Plumlreeblossom being a bully and harming pe
Replies frozen

 **Ω bombardlette**
February 4 2010, 20:59:59 UTC

Ah. So that was it. After reading your mind-boggling commentary, complete with strange twists of what can only be called interest in this guy. Apparently, he is someone you care about...

So, do you help him lure these un-belonging, mis-understood kids to his parties and "get togethers" to help give him son
Replies frozen

 **Ω turil**
February 4 2010, 21:20:01 UTC

**This is indeed Turil logic.**
I've never met the guy, as far as I know. I just don't like bullying.

And I think it's insane that this community is so ironically puritanical...
Replies frozen

 **Ω bombardlette**
February 4 2010, 21:29:42 UTC

**Re: This is indeed Turil logic.**
Ah. I see. On all counts.
Replies frozen

 **Ω ocschwar**
February 4 2010, 16:24:37 UTC

**Re: We don't need any more puritanical witheh hunts, thanks.**
*Oh, please, you treat those young people like they are idiots.*

Teenagers are idiots. The very definition of a teenager comes from being physically mature and mobile enough to get in more trouble than they can I community's duty.
Replies frozen

 **Ω piercehoart**
February 4 2010, 23:26:67 UTC

**Re: We don't need any more puritanical witheh hunts, thanks.**
So, what's your opinion on Polanski?

2/4/13                                    davis_square: Today's Somerville Police Blog

Replies frozen


**Ω turll**
February 4 2010, 23:41:06 UTC

**I don't know much about him...**

But I understand he had some sort of thing for a young women that got him in trouble with the law and that he plead guilty to statutory rape, and then he ended up settling a lawsuit by the woman, and giving her a half a million dollars. And that later she publicly forgave him and asked for th

I don't have much of any opinion beyond that.

Replies frozen


**Ω hrafn**
February 5 2010, 02:15:08 UTC

**Re: I don't know much about him...**

Do some damn research. Wikipedia and Google are really, REALLY EASY.

Here, I'll save you the trouble of looking it up yourself:

He gave a 13-year-old alcohol and quaaludes. He intentionally drugged her. And she said NO when he tried to have sex with her. Repeated consensual affair between a minor and an adult.

Then he fled the country to avoid paying any meaningful consequences.

Replies frozen


**Ω ron_newman**
February 5 2010, 03:36:42 UTC

**Re: I don't know much about him...**

Yes, she asked for the charges to be dropped. No, I don't think she publicly forgave him (nor should she).

Replies frozen


**Ω turll**
February 5 2010, 03:43:26 UTC

**Yes, she publicly forgave him. And it was important that she did.**

Harboring anger is more self-destructive than anything else in this world. But I know that many people don't understand that. And I knov

Replies frozen


**Ω hrafn**
February 5 2010, 12:12:12 UTC

**Re: Yes, she publicly forgave him. And it was important that she did.**

It may have been a good thing for -her- to forgive him, publicly or otherwise, but the -state- still has an interest in prosecuting peo one of the victims wishes to forgive the offense or drop charges or whatever. And being forgiven does not actually make the offen

Polanski has never, to the best of my knowledge, ever acknowledged the full wrongness of what he did, nor made any kind of gen

Replies frozen


**Ω bombardiette**
February 5 2010, 02:01:16 UTC

**Re: We don't need any more puritanical witch hunts, thanks.**

Thank you for this. ♥

Replies frozen

2/4/13                                        davis_square: Today's Somerville Police Blog



**Ω pierceheart**
February 5 2010, 02:13:08 UTC

**Re: We don&#39;t need any more puritanical witheh hunts, thanks.**
No problem, I'm here to help - don't you want my help?
Replies frozen



**℧ bombardlette**
February 5 2010, 02:16:21 UTC

**Re: We don&#39;t need any more puritanical witheh hunts, thanks.**
Only if it will give me a sense of belongingnessosity. And I don't think you are capable of that because you're a mean ol' bully. Compari
Replies frozen



**Ω pierceheart**
February 5 2010, 02:19:48 UTC

**Re: We don&amp;#39;t need any more puritanical witheh hunts, thanks.**
But, see, I haven't made that comparison - I asked turil about her opinion of polanski.
Replies frozen



**℧ bombardlette**
February 5 2010, 02:27:13 UTC

**Re: We don&amp;#39;t need any more puritanical witheh hunts, thanks.**
Ohh. Right. Sorry. I'm reading more into it. But you still can't help me belong.
Replies frozen



**Ω pierceheart**
February 5 2010, 02:30:49 UTC

**Re: We don&amp;amp;#39;t need any more puritanical witheh hunts, thanks.**
No, I cannot. You, you are as non-belonging as chantilly cream on haggis.
Replies frozen



**℧ bombardlette**
February 5 2010, 02:35:09 UTC

**Re: We don&amp;amp;#39;t need any more puritanical witheh hunts, thanks.**
But...peanut butter and fish go together like...peanut butter and fish! I swear!!!
Replies frozen



**Ω arrowintwolakes**
February 5 2010, 18:56:10 UTC

**Re: We don&amp;amp;#39;t need any more puritanical witheh hunts, thanks.**
Stop bullying poor **Ω pierceheart!**
Replies frozen



**℧ bombardlette**
February 5 2010, 19:02:49 UTC

2/4/13                                        davis_square: Today's Somerville Police Blog

Re: We don&amp;amp;#39;t need any more puritanical witch hunts, thanks.

He started it by making me lose my sense of unbelongingnessosity because he won't acknowledge that pe

Replies frozen



**Ω arrowintwolakes**

February 5 2010, 19:23:21 UTC

Re: We don&amp;amp;#39;t need any more puritanical witch hunts, thanks.

I don't CARE who started it! One more word out of either of you and I'm turning this entire community

Replies frozen



**&amp; bombardietta**

February 5 2010, 19:39:09 UTC

Re: We don&amp;amp;#39;t need any more puritanical witch hunts, thanks.

But...BUT...HESTARTEDIT IT'SNOTFAIRIIIIIIIIIIIIIII

I don't care about the stoopid tampon factory anyway, or all tampon heads.

Replies frozen



**Ω eanja**

February 5 2010, 01:46:19 UTC

Re: We don't need any more puritanical witch hunts, thanks.

Do you think that all teenagers (or actually, all people of every age given your comments about consensual sex w/ 5-year olds above) are completely

That any underage girl at that party was there because she thought to herself,"Now, how can I fill my social and emotional voids, left by the obviously aged man who wants to get me drunk and have sex w/ me once I'm too drunk to properly consent. What a perfect Friday night?" That none of them m that responsible guy my parent's age, who gives random strangers advice out of the goodness of his heart. That's probably a nice, safe party that ca

You accuse people here of thinking people are idiots and not respecting them, but it seems like just a backwards way of saying that anyone innocent abusers to warn anyone that they might have bad intentions. And after all, no one is really dumb enough to be manipulated unless they secretly want

Replies frozen



**Ω turil**

February 6 2010, 01:56:05 UTC

**Sometimes people do things they don't want to do, it's true.**

But in that instance, it's pretty irresponsible to blame someone else. If it's consensual, then it's not a crime, as far as I'm concerned. As long as it want, and I respect that.

And if you honestly believe that these girls need something better, then offer it to them. Maybe they do want something else, and maybe they ac as I'm concerned.

The main thing I have an issue here is with the bullying. The puritanical attitude is more of a secondary issue.

Replies frozen



**Ω eanja**

February 5 2010, 02:21:29 UTC

**Re: Sometimes people do things they don't want to do, it's true.**

I'm not sure what your answer has to do with anything I said.

Do I honestly think that these girls, or anyone anywhere, needs something better than someone doing their best to manipulate or rape them the way to do this is to have everyone be absolutely nice all the time, to the point that we never even tell people that, hey, that guy you thin history to trying to force girls into sex. Because stopping her from maybe getting raped would be mean to him, and if we just let her take her decide he wants to stop being a predator. Instead of thinking, "Hey, wow, no one cares what I do- guess it's open season." Or maybe if he h eventually work through his issues and stop, and that will make it all OK. (Because, hey, they probably already had issues before he messe

I think that getting the fact that someone has a history of unsavory behavior out in the open so that people can make an informed decision l

2/4/13                                  davis_square: Today's Somerville Police Blog

giving them a better choice. Because right now, since you agree it's wrong if there isn't consent, the only person who making the decision is think it should be his call.

I also think you're far more puritanical than almost everyone here, with all your 1960's style- "it's so much pleasanter to think he must secret teenage girl who gets attacked must really have wanted it or she wouldn't have put herself in that situation."

Replies frozen

 **turll**
February 5 2010, 02:38:35 UTC

**What I want is for people to have their lifestyle choices respected.**

That's all.

Regardless of how old you are, or even what species you are, I believe you deserve to say what you do and don't want done with your
Replies frozen

 **eanja**
February 5 2010, 03:02:07 UTC

**Re: What I want is for people to have their lifestyle choices respected.**

Nothing wrong with that. I just don't understand how that translates to it being wrong to recognize the fact that some people out the bodies regardless of the owner's wishes.

As far as I'm concerned, your right to live any lifestyle you wants ends at the point that where that lifestyle involves making deliber
Replies frozen

 **turll**
February 5 2010, 03:13:05 UTC

**Re: What I want is for people to have their lifestyle choices respected.**

Who said anything about it being "wrong to recognize the fact that some people out there think they have the right to do what wishes"?

I certainly didn't. I think that's pretty obvious anyway and doesn't need to be pointed out. But hey, if you think people need to

My frustration is in the bullying, and in the attitude of disrespecting young people simply because they are young.
Replies frozen

 **make_you_laugh**
February 5 2010, 21:56:56 UTC

**It's a kind of evil to disguise an attack as a helping hand**

Hi

I'd like you to think about what you've just said for a moment.

You're going to deliberately destroy someone's character, and then you pretend that you're doing the community a service.

Let's face it. You don't know me, and everything you've heard is either an 'allegation' or pure rumor. And yet you've decided to become judge & jury here

What you don't realize is that you're being manipulated. I have an internet stalker who is good at pushing people's buttons. This internet stalker knows the handle. You have become an unwitting accomplice of somebody's grudge.

Obviously, nobody wants a 'creep' around. But nobody should want to lynch an innocent man either.

Take a look at my art project. It's at http://WheelQuestions.org

I put 1500 hours and $15,000 of my own money into a community project that made thousands of people happy. That doesn't prove anything, of course, t doesn't that say that you're basically determined to see me as creepy regardless of the facts?

And once you've taken leave of the facts, isn't that a kind of insanity?

-Johnny

Replies frozen



**Ω cvstennin**
February 4 2010, 16:50:50 UTC

Much like Johnny preys on the weaker.

Replies frozen



**Ω turil**
February 4 2010, 17:02:58 UTC

Yes. Just like that. The weak prey on the weaker. Plumtreeblossom and the rest of the Davis Square Snark community folks feel weak, and so they find oit better about themselves, rather than actually doing something positive to make themselves actually better.

It's a vicious cycle.

Replies frozen



**Ω cvstennin**
February 4 2010, 17:07:43 UTC

Or, it's possible Johnny has done unethical things to some of us in the past, and we feel others should be aware of him and his antics.

Replies frozen



**Ω turil**
February 4 2010, 17:14:51 UTC

There's a HUGE difference between offering useful information, and bullying. HUGE.

Replies frozen

  **Ω anveo**
February 4 2010, 18:32:07 UTC

So huge a difference that only you can see it.

Replies frozen



**Ω arrowintwolakes**
February 4 2010, 17:08:14 UTC

I find the dissemination of information about a potentially extremely harmful element to be a quite positive action. Knowledge is half the battle, as Soci

Replies frozen



**Ω turil**
February 4 2010, 17:15:19 UTC

Do you see the difference between dissemination of information and bullying?

Replies frozen



**Ω arrowintwolakes**
February 4 2010, 17:23:20 UTC

I *know* the difference, but I have not seen a difference here. Ω merely posted the link with an excerpt. Members of the community well-acqu with reactions. I consider bullying the spreading of lies with the intent of diminishing someone socially or using force, physical or institutional cited here are well-founded, and I haven't yet seen someone say something of questionable veracity. The reactions and personal anecdote report. So I know the difference, but do not see it in this forum.

2/4/13                                  davis_square: Today's Somerville Police Blog

Replies frozen



**Ω lizzlelizzle**
February 4 2010, 20:51:53 UTC

*applause*

Thank you.
Replies frozen



**Ω turll**
February 4 2010, 23:45:01 UTC

I consider bullying making fun of someone at their expense, to demean them, and elevate oneself, and it's pretty clear that there is som
Replies frozen



**Ω icecreamempress**
February 5 2010, 00:37:07 UTC

And you come here and bully everyone with your sanctimonious 'I'M SO ENLIGHTENED' bullshit. What are you getting out of this?

GET OFF THE CROSS WE NEED THE WOOD
Replies frozen



**Ω bombardlette**
February 5 2010, 01:58:32 UTC    Edited: February 5 2010, 01:59:02 UTC

May I steal this phrase from you and use it in every meeting I'm forced to suffer through from now until eternity? Please??

**ETA:** You DON'T want to know what she is getting out of this, I'm sure.
Replies frozen



**Ω icecreamempress**
February 5 2010, 17:48:18 UTC

Yes, of course! I got it from the absolutely awesome custodian at my old high school, Mr. Miknaitis.
Replies frozen



**Ω ron_newman**
February 5 2010, 18:31:47 UTC

I was thinking maybe it was a line from Life of Brian, but probably not.
Replies frozen



**Ω kelthus**
February 5 2010, 18:38:26 UTC

What is it like over in backwards land? What do farts smell like over there?
Replies frozen



**Ω ron_newman**
February 4 2010, 16:14:38 UTC    Edited: February 4 2010, 15:34:08 UTC

I guess one of us should tell the *Journal* reporter that this is the same guy who had the 'wheel' art installation in Davis and Harvard Squares (and, earlier, on Elm Street).

2/4/13                                                    davis_square: Today's Somerville Police Blog

Edit: In fact, the same reporter wrote <u>Wheel Answers gets one last spin this weekend</u>, last April, but somehow didn't connect the dots this week.
Replies frozen

 **cystennin**
February 9 2010, 13:35:37 UTC

Even better- multiple comments in that old Wheel article linking to the arrest report are being deleted immediately.
Replies frozen

 **ron_newman**
February 5 2010, 14:11:58 UTC

I see one there now, as well as a reference to the Harvard Law Record article.

Meanwhile, they've changed the headline of <u>this week's article</u> to "Somerville Police bust Question Wheel creator's underage drinking party". However, there is no r

My e-mail to the Journal prompted this blog entry: <u>Will I be arrested? Guess the wheel didn't answer that one.</u>
Replies frozen

 **cystennin**
February 5 2010, 14:13:45 UTC

Yep, I see that one there now- hopefully it sticks.
Replies frozen

 **make_you_laugh**
February 5 2010, 21:50:26 UTC

**I was really expecting better**
Hi Ron,

I was really expecting better from you than this.

I have always found you to be a reasonable and intellectual person.

Look, if I'm found guilty of something, great.

But based on an allegation, why would you want to cause damage?

I've just put 1500 hours of my own time and $15,000 of my own money, over two years, into an art project that made thousands of people happy. And to answer your qu

If this doesn't make you smile and think, gee that Jon might be a good guy after all, then what you've got there is a mentality of wanting to believe whatever you want to l

That's how rumors get spun up into witch-hunts like this.

-Johnny
Replies frozen

 **bluesauce**
February 4 2010, 16:33:50 UTC

Raise your hand if you're surprised that creepy Jonny acted like a creep, lied to the cops, and was trying to get kids liquored up.

No? Nobody? Me either.

Fuck. I'm just glad this piece of shit got caught. I hope they give it to him with both barrels.
Replies frozen

**make_you_laugh**
February 5 2010, 23:07:51 UTC



**You're being very violent**

Hi!

Out of all the comments posted here, yours is the most violent.

Has it even occurred to you that I might be innocent?

-Johnny
Replies frozen



Ω bluesauce
February 6 2010, 00:39:05 UTC

**Re: You're being very violent**

Not at all, not in the slightest, Jon-boy. You're a scumbag, and everybody's known for years, and now the cops have caught you at it. I know what you did to your ro having sex under the threat of kicking them out of the house; I know what you did to a buddy of mine, threatening to kick him out unless he got his fiancee to fuck yo to say anything that isn't shiningly positive about you. You're a miserable piece of shit and I just wish that the cops had caught you doing something indictable soon

Fuck you, you piece of shit.
Replies frozen



Ω make_you_laugh
February 6 2010, 17:49:33 UTC

**You're not a very good liar**

Hi!

You're simply not a very good liar. Or maybe it's just that your friend's not a very good liar, and you're gullible.

Here's what happens sometimes with roommates:

ROOMMATES: Let us move in! We just need a chance!

ME: OK, you seem like good people. Here's $1,000 of spending money and I'll help you move your stuff out of your abusive parental situations.

(Three months later) ME: Where's the rent? Are you guys looking for jobs?

ROOMMATES: Oh fuck looking for jobs. We just need a chance!

ME: I think you guys should move out.

ROOMMATES: We don't like being told that we're fuck-ups. Now we hate you!

ME: Seriously, guys. Pay rent or go.

ROOMMATES: Now we can destroy you by making wild allegations! Yay! We're haters!

You've seen me fuck with people, eh? Have I been using people's names on the internet? I don't think so.

Isn't it true that you simply have no idea what's going on. It's also true that you can be sued for libel if you say wacked off stuff like it's fact.

-Johnny
Replies frozen



Ω bluesauce
February 6 2010, 18:29:47 UTC

**Re: You're not a very good liar**

Yeah, actually, I saw you trying to trash people's reps. Good people. Now I know you're a narcissist, and spend all your time looking in the mirror so maybe you've done it.

Well I'm glad you finally learned the difference between libel and slander, Jon-boy. Now you just need to learn the truth between what you want to be true
Replies frozen

2/4/13                                    davis_square: Today's Somerville Police Blog



**☐ make_you_laugh**
February 6 2010  18:35:19 UTC

**Miraculously, another vague reference**

HI

Okay, show me the website where I've used someone's name to libel them.

But waaaaaalt a second! You can't! Because you're completely full of shit!

The fact of the matter is, I'm pretty well-balanced about people attacking me and doing rude shit.

I'll give you a hint: I'm not trying to convince you. It's enough for me just to point out how off-track you are so that the 90% of normal people will read y

-Johnny
Replies frozen



**☐ bluesauce**
February 6 2010, 18:43:33 UTC

**Re: Miraculously, another vague reference**

Oh I could absolutely dig up the emails from the NELA mailing list where you smeared myself and Percival, but why would I make this easy on yo
fit because she didn't want to go to a party with you. But You're so far down on my list of priorities that it's not even worth it.

As for the 90% of normal people, do you even know what normal people look like? I thought you focused on impressionable jailbait, not normal a
Replies frozen



**☐ ron_newman**
February 4 2010, 16:47:49 UTC   Edited: February 4 2010, 16:48:06 UTC

From his Wheel Questions Blog, posted last Wednesday:

   I'm holding a party Friday in the Boston area. RSVP to johnny@wheelquestions.org and say a little about yourself for the location.

He posted another blog entry on Sunday, so either the jail has wi-fi, or he's already out on bail.
Replies frozen   Expand



**☐ craigindaville**
February 4 2010, 17:49:08 UTC

"...say a little about yourself..."? Like what- age and cup size?
Replies frozen



**☐ thefatthx1138**
February 4 2010, 20:15:26 UTC

Well, he couldn't go with A/SA..
Replies frozen



**☐ ooschwar**
February 4 2010, 17:38:54 UTC

I think the community should impose a moratorium on more Jonmon comments.

He might need a Jury...
Replies frozen

**☐ arrowintwolakes**

2/4/13

davis_square: Today's Somerville Police Blog



February 4 2010, 17:56,10 UTC

Heyyo!

Replies frozen



**Ω serious_noir**

February 4 2010, 16:57:56 UTC

**Who + How?**

Who is this person and how did he manage to build up such rancor? I did see the wheel thing and thought it was pretty weak but so many of the comments are WAY beyond

Replies frozen

*Deleted comment*



**Ω make_you_laugh**

February 5 2010, 22:03:10 UTC

**What you've just said is false**

Hi!

Actually, this is completely false.

One complaint was lodged, and it was overturned. No investigation or charges were filed. I was completely cleared and the MIT Match-Up ran for a 2nd year and is r

Shame on you for propagating such hate. Look, when you don't know what you're talking about, you just shouldn't talk.

- Johnny

Replies frozen



**Ω firstfrost**

February 4 2010, 19:13:44 UTC

**Re: Who + How?**

He's 41, and he's been here off and on since he was a freshman. People have had a lot of opportunities to interact with him over those years. When those interactions I
accounts, harassment, advertising kinky parties to students, and so on... some people you just stop giving the benefit of the doubt to.

Replies frozen



**Ω make_you_laugh**

February 5 2010, 22:06:36 UTC

**What you've just said is illegal**

Hi!

Wow! Restraining order violations and harassment!

You have clearly had a very creative day in the fictional accusations department.

Let's face it. You're a little insane with rage against me and making up fictions. That's pretty childish. You should be ashamed of yourself.

I'll explain how gossip works. It's just no fun if it's not juicy. An awkward encounter becomes "harassment" the way the story is told. Then you turn it into rape or what

It's not reality. You should be ashamed. And I could sue you for saying it, too.

- Johnny

Replies frozen



**Ω firstfrost**

February 5 2010, 22:38:46 UTC

2/4/13                                     davis_square: Today's Somerville Police Blog

**Re: What you've just said is illegal**
*You're a little insane with rage against me*
Well done. You have succeeded in making me laugh.
Replies frozen



◻ **ron_newman**
February 4 2010, 19:39:19 UTC

**Re: Who + How?**
This is the incident that ◻ snoopy refers to.
Replies frozen



◻ **make_you_laugh**
February 5 2010, 22:09:24 UTC

**What you've just said is inaccurate**
Hi

Those would be "allegations" not incidents.

The truth of the matter is this. Look, back in 2003 people were really scared of online dating. The internet was still somewhat new. That's especially true in the high-

There was a lot of smoke but no fire. There were never any charges, not because I was guilty, but because it was obvious that I was innocent. The conversation we

RAVING HARVARD GIRL: "look! Jon's emails!"

POLICE: "Um, this isn't harassment."

RAVING GIRL: "Well, I'll go to the newspapers anyway!"

LJ COMMUNITY: "Let's form a witch hunt! We're losers!"

It's really sad. It's sadder to know that ultimately, reason will not prevail. People with overblown emotions can't emotionally handle saying "yea, sorry", they will basic

Ron, I always thought that you more than anyone were in the 'rational' column. :(

- Johnny
Replies frozen



◻ **L_p2353**
February 6 2010, 19:47:02 UTC

**Re: What you've just said is inaccurate**
If that is your view of that situation, you should be locked away from society.
You harass people, get called out on it, then say you didn't do it because you weren't arrested?

You created a whole dating website to lure women, then emailed them when they didn't want to be contacted by you, and got busted.
Replies frozen



◻ **make_you_laugh**
February 6 2010, 20:16:06 UTC

**That is a lie**
Hi

Wow! So even though I was cleared of harrassment, you insist that I've harrassed people. That's insane.

- Johnny
Replies frozen

◻ **nrpat**
February 4 2010, 20:07:51 UTC

2/4/13                                                davis_square: Today's Somerville Police Blog



**Re: Who + How?**

He was also a "member" of an age limited group where he was clearly over age and lied about it to get access to young members of the BDSM community. I ran that gro
actions there were crude and offensive to the point of being banned. Not only does he target young women, he is public in his scorn of those that are even the slightest
for his "Midnight Seduction" game that he ran to score more dates in the way to young category.

Replies frozen



Ω thetathx1138

February 4 2010, 20:17:11 UTC

**Re: Who + How?**

The short answer is, I have never met this man, but I have met about fifteen people who HAVE met this man.

One of them thinks he's an OK guy.

The rest basically describe him as a creepy, abusive chickenhawk. Now, whether he actually IS a creepy, abusive chickenhawk, I have no first-hand knowledge. But four
detailed Encyclopedia Dramatica page...yeah.

Replies frozen



Ω balsamicdragon

February 4 2010, 19:23:48 UTC

**Re: Turll's comments**

So, lemme see if I have this straight:

You said: "When I was 17 I had a boyfriend who was 24. And I had the opportunity to drink alcohol and smoke pot (though I didn't, because I didn't want to). . . . Thankfully I a

and then you said: "If my children felt that hanging around with older guys who offer them alcohol is their best option, then I'm seriously being a shitty parent and I need help.

If you can't keep your logic straight between two responses to the same post, I would seriously reconsider your position.

Replies frozen    Expand



Ω ratatosk

February 5 2010, 02:33:33 UTC

**Re: Turll's comments**

At the risk of getting the Internet all over me (eww!), I'm intrigued enough to take a stab at this one, because there is something really weird about it to my ears. Let's see

I think in the first statement Ω turll was focusing more on the nature of teenagers and childhood, and questioning how we deal with age. The second was more specific
24, and while I might have missed something in that gigantic thread, I don't read turll's comments as saying he was offering these teenagers anything in any sort of respe
Comparing jonmon to her boyfriend from years ago surely makes no sense to her, and it probably shouldn't -- jonmon has a long history of being a very special case, a
experiences.

My initial impression -- and I admit I have not been reading all the comments on every entry in this community everywhere -- is that turll seems to have a lot of past histor
would sound a lot more normal to davis_square readers if they were coming from nearly anyone else. Consider these in isolation and try to think of who else might belie

- We should try to see the good in others.
- Being mean is always bad.
- When people on the Internet "pile on", it is always creepy to watch (especially if you've met them in person and they behaved differently then?).
- Jonmon is a tragic figure.
- When someone is reviled in their community, it's disingenuous to point solely to their economic status and other demographic factors when determining what their "stat
only meaningful reference point).
- Our society makes childhood longer than it should, and that has various undesirable effects.
- Talking about teenagers (let alone children in general) and sex (or alcohol or drugs) is a conversational third rail in our culture, even for those of us who were recently

You can argue any of these points passionately either way, but none of them are particularly novel or unique to turll. Also I might be wrong about what everyone on all s
stuff I skimmed, disclaimer, disclaimer, etc.. :P

Okay, I'm going to go wipe -- no, scrub -- the Int0rnel from my hands and wait impatiently for the musical. No, seriously. I think it cries out for some sort of dramatization.
Ω turll should each write their own musical versions of it.

Replies frozen

Ω ron_newman

davis_square: Today's Somerville Police Blog



February 5 2010, 03:31:55 UTC

**Re: Turll's comments**

Another point that Turll made that would usually be non-controversial here: trying to keep kids away from alcohol until the age of 21 does not work and is probably c

Replies frozen


Ω **contradictecat**
February 5 2010, 03:42:47 UTC

**Re: Turll's comments**

(also scared of this thread, but since there are actual points here instead of just freefloating WTF, I'll take a stab at it. Also, disclaimer, I have not read the latest cro

What I'm getting from your comment is that the main points and points of contention are broken into two camps:
A) Jonmon is being picked on ("We should try to see the good in others", "Being mean is always bad", "when people on the internet pile on", "Jonmon is a tragic figu and B) Beliefs about childhood and maturity ("Our society makes childhood longer than it should", "Talking about teenagers and sex")

I think in this case Jonmon is so thoroughly reviled for his past behaviors (not just his activities with teenagers, but also his history with the 'dating service') that ever way, it's hard for people to feel any sympathy for him or attempt to see him as anything but a predatory, creepy old man.

And so A colors people's responses to B. If there had been an isolated, calm conversation about childhood and maturity levels and what teenagers should and sho However, as it stands in that huge honkin' thread up there, it sounds like Turll is clinging to talking about B, but is not seeing how people's feelings about Jonmon a apologist for rape.

Admittedly, I still think she's crazy as a moonbat, but I think I can get a good enough glimpse of Planet Turll to figure out what she's getting at. A lot of the problem c context. Saying that "the community" should stand back and let young people do what they want is one thing. Saying such in the context of "what they want" being s (apparently copious quantities of) alcohol...AND this man is a known creep and has a social rap sheet as long as my arm of sexual harrassment and preying on you Especially when the person saying it refuses to back down and insists that their way is the only way.

Replies frozen


Ω **laura47**
February 5 2010, 22:51.09 UTC

**Re: Turll's comments**

*Admittedly, I still think she's crazy as a moonbat, but I think I can get a good enough glimpse of Planet Turll*

huh! someone else referred to her as crazy as a moonbat when discussing this off-LJ. is this a standard moniker for her? I've never heard of moonbats before!
Replies frozen


Ω **feflo**
February 5 2010, 23:50:11 UTC

**Re: Turll's comments**

Wading into this fascinating/scary thread only to reply to the "moonbat" usage question ...

I've only heard the term used by right-wingnuts when they refer to left/liberal types. For example it's used a lot in comments from the usual crankles that p it up on urbandictionary.com, 'moonbat' apparently has a 2nd meaning, as being short for "barking moobat".
Replies frozen


Ω **nvidia99999**
February 5 2010, 23:02:10 UTC

**Re: Turll's comments**

Look, it's simple, and no psychopathic rationalization bullsh!t can change this: IMO, a 40+ year old offers free booze and MJ to a bunch of minors for one and only
Replies frozen


Ω **diego001**
February 4 2010, 20:22:27 UTC

Epic shrug. He got caught giving kids alcohol and being stupid, and now he'll face the might of the state power.

2/4/13                                    davis_square: Today's Somerville Police Blog

Replies frozen

 **Ω genesayssitdown**
February 4 2010, 22:51:26 UTC

GODDAMN I missed out on all of this and then posted it on b0st0n as if I was the first to hear about it. GODDAMN
Replies frozen

 **Ω bombardietto**
February 4 2010, 22:54:33 UTC

Slackah. It's even been up on ↗️**davis_snark** for like..everrrr...
Replies frozen

 **Ω arrowintwolakes**
February 5 2010, 00:47:52 UTC

This post has seriously made my day.
Replies frozen    expand

 **Ω plumtreeblossom**
February 5 2010, 01:15:28 UTC

Who knew? From a tiny acorn did a mighty oak grow!
Replies frozen

 **Ω _mattt**
February 5 2010, 03:44:48 UTC

**What started with a simple Police Report...**
...blossomed into all this. Indeed who knew this was all connected?

The asinine and pretentious installation art in Davis and Harvard last spring?
The old urban legend around here of a guy at MIT who fabricated a dating service just to set women up with himself?
A guy too gross even for OkCupid?
And now, some 41 year old lech busted for hosting an out of control underage drinking party?

It's all the same guy.

You win the Davis Square forum for 2010, Ω plumtreeblossom. I seriously doubt anyone can beat this.
Replies frozen

 **Ω shana_lyons**
February 5 2010, 02:49:00 UTC

**Seriously.**
Vastly entertaining. It's almost as good as the one where the guy wanted to know if Davis was a good spot for his Hooters-For-Hair salon. Almost.
Replies frozen

 **Ω arrowintwolakes**
February 5 2010, 02:51:56 UTC

**Re: Seriously.**
You should have seen the response that got over at ↗️**redsox**.
Replies frozen

davis-square.livejournal.com/2101375.html#comments                          74/87

2/4/13                                    davis_square: Today's Somerville Police Blog

 **Ω make_you_laugh**
February 5 2010, 22:11:10 UTC

**Do you enjoy reveling in pain?**

Hi!

Why did iI make your day?

Do you get happiness from seeing the pain of others?

Trust me, it doesn't make you any bigger. That's just an illusion. Your heart is misleading you.

Our hearts mislead us all the time. Like, wanting to eat a whole box of Oreo cookies or falling in love with the wrong person.

When your heart says, "Let's hate someone!" it is misleading you. You should be ashamed rather than advertising to everyone how you think.

-Johnny
Replies frozen

 **Ω arrowintwolakes**
February 5 2010, 22:30:06 UTC

**Re: Do you enjoy reveling in pain?**

Yep!

Replies frozen

 **Ω awrrty**
February 6 2010, 00:12:46 UTC

**Re: Do you enjoy reveling in pain?**

*Our hearts mislead us all the time. Like, wanting to eat a whole box of Oreo cookies or falling in love with the wrong person.*

Man, that is so fucking Zen I could cry.

Replies frozen

 **Ω zaarwin_devolve**
February 5 2010, 04:43:05 UTC

This is post #270. Just curious, what's the record for most replies around here?

Replies frozen

 **Ω ron_newman**
February 5 2010, 05:06:40 UTC

I don't know, but we've now beaten what I think was the previous contender, the Hooters For Hair post.

Replies frozen

 **Ω zaarwin_devolve**
February 5 2010, 23:39:40 UTC

Epic. I'm still waiting for a NASCAR-themed bar.

Replies frozen

 **Ω serious_noir**
February 5 2010, 04:46:19 UTC

davis-square.livejournal.com/2101375.html#comments

**Just curious: how many people here have first hand experience of this 'jonmom'?**

Haven't read all the comments and replies but enough to get s sense of things.

I'm curious – show of hands/posts: how many people commenting have any sort of actual first hand experience of this 'jonmom' person? That's as compared to "internet exper that encyclopedia dramatica entry (he sure has made some snarky enemies.

I have no experience of or opinion on this fellow – aside from having seen that 'art' thing he did – but so much of this heated back and forth begs the question: have any of the 'snark in the water' type behavior that is common here on DS?

Replies frozen



**Ω firstfrost**
February 5 2010, 06:23:31 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Yes, a number of the commenters know him. I know him. The commenter who said they'd known him for 10 years, the commenter who said a friend lived next door. At lea people posting here.

I think it's kind of sweet that you assume it must be some sort of contagious internet meme, though. :)

Replies frozen



**Ω purgatori84**
February 5 2010, 07:50:26 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I had the misfortune of living with him for three months. Things were fine at first, and then he slowly got more and more creepy, hitting on me etc. He then passed the lin proceeded to regularly walk by my door naked, and try and speak with me naked. My request for him to put some pants on were ignored. He's a sketchball, and thinks p

Replies frozen



**Ω arrowintwolakes**
February 5 2010, 08:06:15 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Ha Ha, I was going to affect some sleazy response to that but then I clicked on your journal and you seemed hilarious.

So, uh, what's up? I promise I am not on any predatory list.

Replies frozen



**Ω purgatori84**
February 6 2010, 03:14:56 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Sleazy responses go in b0st0n :P But assuming you're not a predator...



Replies frozen

2/4/13                                          davis_square: Today's Somerville Police Blog



**⋂ make_you_laugh**
February 5 2010, 22:17:41 UTC

**That is a lie**

HI

Sometimes in life, two people see an event from different perspectives.

This is not one of those times.

Here's the reality of the situation. You're some anonymous troll who's never even met me.

- Johnny

Replies frozen



**⋂ purgatori84**
February 6 2010, 02:31:45 UTC

**Re: That is a lie**

Johnny,

I lived with you from January to March of 2009.
No anonymity, just what I experienced.

Victoria

Replies frozen



**⋂ purgatori84**
February 6 2010, 03:18:16 UTC

**Re: That is a lie**

PS: There was also the time you cut the utilities when you'd moved out and there were still people living in the house. That was awesome.

And no, just because one person in the house had not given you money does not mean you get to screw over the rest of us.

Replies frozen



**⋂ make_you_laugh**
February 6 2010, 18:04:53 UTC

**That is also a lie**

HI

Aha! I see that you are poking a little bit of the truth in there. I can see now that you are Victoria Quamme.

Look, Victoria, a lot of shit went down, and I'm sorry that you through a fit and refused to pay your utilities and destroyed some of my stuff. But if you want you're going to come out as the victor.

I know how this works. In your own mind, you don't want to take responsibility for your anger and mistakes. But of course deep down you know that you're asking for utilities for example -- you can either pay up or you can lash out in an attempt to set the world on fire.

It's pretty immature. Of course, you know that you don't have much of a story. Your story is basically, yea I refused to pay utilities, and when we (the comb electricity, and Johnny still owes that money to NSTAR. Then when I moved out, I broke some stuff, but you know, I figured he deserved it. Since then, Joh you bitch).

So because you don't have much of a story, you start to add things that turn you into the victor. Walking around the house naked? Hitting on you? You're but it's libel, and if you delete your comments, I will as well and we'll go back to ignoring each other.

- Johnny

Replies frozen

**⋂ surrealostate**
February 6 2010, 16:38:14 UTC

2/4/13                                                    davis_square: Today's Somerville Police Blog



**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Unfortunately, a lot of people won't see this comment to respond, but I do know that a number of community members do in fact have first hand experience with him, incl including receiving some of the same emails quoted elsewhere, and in-person behavior I'm not going to detail.

Yeah, it's real.
Replies frozen

  **Ω plumtreeblossom**
February 5 2010, 16:07:29 UTC   Edited: February 5 2010, 16:08:33 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

You may recall, he used to come to Theatre@First performances and try to give Midnight Seduction invitations to the young women in the audience and cast. He w
Replies frozen

  **Ω icecreamempress**
February 5 2010, 17:46 17 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

JESUS CHRIST WHAT WHAT WHAT

That is so incredibly inappropriate I don't even
Replies frozen

  **Ω make_you_laugh**
February 5 2010, 22:20:42 UTC

**That is a lie**
Hi Mare,

You clearly have no idea what you are talking about.

I think there is a serious problem here. What the hell?

Is it possible that you are taking, I don't know, my meeting one person perhaps -- I don't even recall -- and spinning it into this wonderful tale where you pluraliz make it fun you include "banned".

It's just so much bullshit that it would be sad if you weren't enjoying it so much. You should be ashamed.

-Johnny
Replies frozen

  **Ω plumtreeblossom**
February 5 2010, 23:09:40 UTC

**No, YOU are lying**
Oh bullshit. You tried to give invitations to numerous young ladies at the show who you didn't even know, and they were nauseated. And two of the girls h crew. You were even an agenda item at one of our Steering Committee meetings. Your smarmy invitation cards are not welcome at our functions.
Replies frozen

  **Ω make_you_laugh**
February 5 2010, 00:11:03 UTC

**So, you admit it**
Hi!

So, you admit it. Now you've gone from "shows" to simply one "show".

How long before you go from "numerous young ladies" to 2 or 3?

2/4/13                                                davis_square: Today's Somerville Police Blog

The fact is I was never contact by anyone with a complaint or any kind of ban. I actually attended last year and got a free ticket as a favor from your r loved the show and gave it a good review. You are clearly way out of the loop as to whether I'm loved or hated.

Look, why don't you stop with the don't-really-know and let this go. I've demonstrated already that you've blown this out of proportion. And so what of? I'm sure some people don't approve of you either. But we live in a tolerant world and shame on you for suggesting that I was doing something un¢

-Johnny

Replies frozen



**Ω icecreammempress**

February 5 2010, 17:45:54 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I have only met him a couple of times, but I know someone who was harassed by him.

Also, are we not supposed to take news accounts seriously now?

Replies frozen



**Ω make_you_laugh**

February 5 2010, 22:22:33 UTC

**That is a lie**

Hi there,

If someone was harassed by me, it should have been a police action.

Let me tell you this. There are a lot of people who cry "wolf!" because when they're unhappy, their instinct is to lash out. For some people, this involving physical vi¢

Shame on you for participating in what is essentially a witch hunt.

-Johnny

Replies frozen



**Ω serious_noir**

February 6 2010, 18:26:35 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Thanks for the replies/perspective. As I said, I have no experience of or opinion on this fellow so encountering this outpouring of strong viewpoints (to put it mildly) regar more 'internet-y'/high school.

As to taking news reports seriously - no, I certainly don't take them as the "truth" or necessarily the whole story, particularly anything in the Globe or in blogs(!). I suppos

Replies frozen



**Ω ron_newman**

February 5 2010, 19:00:40 UTC    Edited: February 6 2010, 19:04:47 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Here are a few more news reports, from MIT's student newspaper *The Tech*.

Online Match-Up Service Gets Dates for Students - February 18, 2003. So far, so good, but then...

Matchup Participants File Many Complaints - April 18, 2003

A new student group had to take over the service from Monsarrat and pledge to respect privacy this time:

Harvard/MIT Matchup Service Will Keep Contacts Anonymous - February 3, 2004
Matchup Inspires Online Love - February 13, 2004

(Disclaimer: I used to write for *The Tech*, though that was 15 years before these articles.)

Replies frozen

**Ω make_you_laugh**


February 5 2010, 22:24:18 UTC

**You missed the important article**

Hi Ron,

As I mentioned earlier, you missed the article that completely cleared me.

And I don't mean, I was charged and cleared. There *were* no charges.

Look, when someone says "I've been harassed by email", they'd better have some emails to show. The gal involved didn't have those emails, and she retracte

-Johnny
Replies frozen


Ω icecreamempress
February 5 2010, 22:02:34 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**
*As to taking news reports seriously - no, I certainly don't take them as the "truth" or necessarily the whole story, particularly anything in the Globe or in blogs(!)*

When I said "news reports" I meant "from news outlets" not random blog rumors.

I would find it hard to live if I required first-hand experience of everything and everyone before I made up my mind, but obviously you and I are different people.
Replies frozen


Ω make_you_laugh
February 5 2010, 22:25:43 UTC

**First-hand experience**

Hi!

I think you are having some trouble distinguishing between "allegations" and "guilty".

A newspaper article with an allegation and without a succeeding one that says "guilty" should make you think "oh, innocent".

You've done just the reverse here. You should be ashamed.

-Johnny
Replies frozen


Ω srakkt
February 5 2010, 21:49:59 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**
nothing personal, and not addressing your content, but simply as a point of order, it does not 'beg the question'.

It may indeed 'raise' a question, but that is not the same thing. Know your logical fallacies: http://begthequestion.info/
Replies frozen


Ω make_you_laugh
February 5 2010, 22:15:26 UTC

**I can answer that**

Hi!

Here's a sample for you. In 2008-2009, I ran an art project called Wheel Questions, see http://WheelQuestions.org

It took 1500 unpaid hours of my own time and cost me an additional $15,000. During this time I received no funding.

Thousands of people asked a question and got a handwritten reply. People seem to love the project. I would guess that nearly 500,000 people saw the installation. I mu
The project moved forward with no problems or animosity.

And yet, with all this community service and good will that I've tried to build up, people can still call me a creep and confuse "allegations" with facts.

It's pretty sad. My advice to you is this. Those who say "let's put out a community warning" may be "manipulating" you. They are pushing a button in an attempt to draw

Can any level-headed person really see the dramatica article and think, "Oh that's really?" Can't you see how that's clearly a hate site?

Basically the dramatica article proves it: I have an internet stalker, and he's managed to get a "lot" of clueless and gullible 3rd parties stoked up into a witch-hunt. That's

You should all be ashamed.

-Johnny

Replies frozen



**Ω awflof**
February 6 2010, 06:50:45 UTC

**Re: I can answer that**
If you "really" had an internet stalker, by your logic, you'd go to the police.

Therefore, by your logic, you don't have an internet stalker, because nobody has ever been convicted of stalking you.
Replies frozen



**Ω make_you_laugh**
February 6 2010, 18:30:26 UTC

**Now there's a geek mentality**
Hi Sheori,

I've noticed something about computer geeks. They love to be little lawyers.

I guess it comes from a fondness for puzzle-solving.

I actually did take one internet stalker to court, or, to be more accurate, she backed down when I threatened to do so, so there was no need. I'm aware that on when the attacks are anonymous. But... people often aren't as smart as they think they are, with my two MIT degrees, I'm pretty good at identifying people, eve

Now let me ask you a question, Sheori. What's it to you? And also, why did you assume that I've never taken a stalker to trial, instead of asking?

When you make rude assumptions, and then blab about it, that's not the geeky ideal of "seeking truth" that's just you being an ass.

Now, do you have the humility to admit it?

-Johnny
Replies frozen



**Ω laura47**
February 5 2010, 23:00:34 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**
*raises hand* oh this is so, so, so real, I promise. I wish I'd never met him!
Replies frozen



**Ω make_you_laugh**
February 5 2010, 23:11:01 UTC

**That is a lie**
Hi Laura,

That is a lie. If I've ever done something that you wanted to go to the police for, why didn't you?

Isn't the truth that you habitually rage about strangers? You're always inventing stories where you are victim and all your life's problems are someone else's fault.

The truth is, if you are who I think you are, that geeky kid from MIT roleplaying, I've barely met you, and you are in the bottom 5% of people who have their emotion

When you say "this is so so real I promise" you lack credibility completely. You should be ashamed of yourself.

2/4/13                                                    davis_square: Today's Somerville Police Blog

I can predict how you're going to respond. You have an opportunity to say, "ok, well I don't really know Johnny, sorry I went overboard there". But you won't. You will immediately think, "Wow! This gal is way over the edge!"

- Johnny

Replies frozen



**Ω laura47**
February 6 2010, 23:36:14 UTC

**Re: That is a lie**

I... didn't say I needed to go to the police? What? That doesn't follow. And I seriously misread that as "habitually rape strangers", so I guess you made me laug

I was going to respond to your points, but you are telling me to be ashamed of myself? It is just so hilarious! Have fun trying to convince the internet you aren't

And the judge and/or jury too! We're all thinking of you!

Replies frozen



**Ω serious_noir**
February 6 2010, 00:07:01 UTC

**Re: That is a lie**

H Laura, What is with the "habitually rape strangers" remark? Your replies to "Johnny" are not making much sense. Do you have a specific charge agains
not indicated how or why. Your remark "Have fun trying to convince the internet you aren't horrible!" is really cowardly without follow-up. If you are going to
then you should show cause.

(or not - I don't really care and have no interests aside from the principle of fair play)

Replies frozen



**Ω visage**
February 6 2010, 16:34:16 UTC

**Re: That is a lie**

Do you have any evidence to present that you're not a sock puppet?

Replies frozen



**Ω rax**
February 6 2010, 23:48:21 UTC

**Re: That is a lie**

I doubt it's a lie that Laura wishes she had never met you.

Replies frozen



**Ω serious_noir**
February 6 2010, 02:03:56 UTC

**Re: That is a lie**

I have no opinion here except to ask: do you know either of these people? I am assuming you don't know this 'jonmon' character. If you do know this 'Laur
contributing here?

And if you don't know either of these people then what the fuck are you doing making comments at all? Cheers.

Replies frozen



**Ω rax**
February 6 2010, 03:38:08 UTC

**Re: That is a lie**

A look at my user info will show that I know Laura; I've met Jonmon as well but would not say I know him.

2/4/13                                                      davis_square: Today's Somerville Police Blog

I could ask the same question regarding comments of you. :) Unless the new thing to do in this thread is post asking people why they are making pos

Replies frozen



**Ω serious_noir**
February 6 2010, 04:18:01 UTC

**Re: That is a lie**

Yes, why are YOU making these posts? Do you know anything? If so please speak up, as there is too much innuendo and internet snark for the have read through the comments and frankly it just seems like a snark cluster fuck. I'm not saying it is not warranted - maybe it is - but right now wanker.

Justify your snark.

Replies frozen



**Ω rax**
February 6 2010, 04:21:57 UTC

**Re: That is a lie**

I prefer to Justify Mykel and Carll, thanks. Although that's a variant I hadn't heard before, thanks!

Replies frozen



**Ω serious_noir**
February 6 2010, 08:13:12 UTC

**Re: That is a lie**

Huh...if that was an attempt at some sort of repartee well... FAIL

Replies frozen



**Ω rax**
February 6 2010, 11:35:22 UTC

**Re: That is a lie**

It's a statement that at this point I am reasonably confident that you are a sock puppet, or at the very least someone not worth taki

Replies frozen



**Ω serious_noir**
February 6 2010, 02:15:31 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Please explain. I have no association at all with this 'jonmon' character but this whole thread seems mostly the worst kind of hearsay, innuendo and DS snark. No or person (and most "because they read it on the internets"). Did he actually DO anything to you or anyone you know? Is there any basis for all this vitriol? I ask becau - maybe this 'jonmon' pissed some people off at some point and those people rule the DS snark. I have no idea but the lack of any significant information (news, pe

Replies frozen



**Ω rax**
February 6 2010, 04:18:47 UTC

**To take this seriously for a moment...**

A whole lot of people have said that there is basis for the vitriol, and described the basis; it's a fair decision to say "you are people I don't know, talking on the i to you, you have:

- this thread where Ω purgatorio4 talks about living with him
- this thread talking about giving out invitations to Midnight Seductions at Theatre@First performances; Jonmon disagrees with the extent to which this ha

davis_square: Today's Somerville Police Blog

- **this thread** where Ω ron_newman links to a number of news articles


There are others in the overall thread but oh my god I am not going through that chaff at this point :)

There is actually a difficult community issue here, I think, in terms of how a community should deal with allegations of sexual assault or harassment. On the one the "innocent until proven guilty" ethos we have in our court system is valuable. On the other hand, victims of assault, harassment, &c. do not always want to p community we have a responsibility to protect our members from people who repeatedly behave in a predatory fashion.

The snark can get to be a bit much, but doesn't actually seem to be the real *issue* here; I think the real issue is "is it OK to warn people about someone else in like this, I try to keep it private, in order to avoid this sort of explosion; in this particular case, the cat is out of the bag and has eaten growing pills and is now in

Personally, both from the things I've seen publically (in this thread and elsewhere) and the things I've seen privately (which obviously I can't share, since they'r people avoid Jonmon is the best way I can think of to keep them safe, I would encourage my female friends, in particular, not to speak to him or to enter into ar especially lacking that private information; in disagreeing, though, I hope you keep in mind that it's not just "woo-woo" snark, this is something people have acti

Replies frozen



Ω **serious_noir**
February 6 2010, 04:51:40 UTC

**Re: To take this seriously for a moment...**

I read these links before and they are either hearsay, incomplete news reports or in the foremost link, a roommate account. None of which is conclusive of for that matter aside from that lame art thing) but the degree of 'blood in the water' snark sport that this DS clique is presenting is the reason I have poste Foolish people making judgments based on what they read in DS and then posting "me too's" when they have no direct experience or knowledge of what I

That may not be you and I'm sorry if you took my comments that way. Actually I don't disagree with public pilorying - there is a place for that - but from rea clique is doing the pillorying - and that is troublesome.

Replies frozen



Ω **contradictacat**
February 6 2010, 06:03:42 UTC

**Re: To take this seriously for a moment...**

Out of curiosity, what would you find to be conclusive proof or evidence? After all, as he is so fond of stating, he has never formally been convicted o law.

For what it's worth, there are many, many more people who are not involved at all with the DSLJ who have also had personal first hand experience wi the head of a local LARP organization that he tried to pitch Midnight Seduction to, and another was someone who answered an ad for housemates ar housemates to participate in his "play parties".

But again, that's all second hand, so take from that what you will. But I am really wondering what you would accept as conclusive...anything, since the personal experiences of the members and the community at large.

Replies frozen



Ω **serious_noir**
February 6 2010, 07:47:53 UTC

**Re: To take this seriously for a moment...**

I don't know right now what I would consider "conclusive proof or evidence." Do you know him? Is anything you have said based on your persona impressions and opinions are merely heresay and irrelevant. (Sorry - I know that's hard to hear. My clients are lawyers and some of their brusqu

The generalizing and snow-balling that occurs so easily in this type of medium (and the weird pleasure people seem to take in it) was what I was about this 'jon mom' fellow but this sort of smashing and bashing goes on quite a bit here in this DS "community." It seems sort of a 'sport' for so am hesitant.

As to the specific "charges" - all the sex stuff - seems really sketchy. He may well be a creep - but people are making him out to be something far people (i.e. being a creep). There IS a law against giving them alcohol and if that is proven then he should face whatever the penalty is. The res

Replies frozen



Ω **surrealestate**
February 6 2010, 15:20:48 UTC

davis_square: Today's Somerville Police Blog

**Re: To take this seriously for a moment...**

In fact, "this" has never happened before in this community. Maybe a tiny version of it that passed quickly, but not 500 comments worth and so easily dismiss.

Tell me, why exactly would all of these people, many of whom don't even know each other, make up experiences about the same guy? It dor you, most of us have LJs that are well-connected to our real life, real friends, real faces, real names, jobs, etc. You could be anybody at all just made shit up. I, oioh, would have plenty of fall-out to deal with if I did such a thing.

Why you feel the need to tell women who were sexually harassed by this guy that they're full of it, I don't know, but way to blame the victims.

Again, do you think mrpet, the roommate, laura47, me, and the various other people who've said yes, we know him and have experience wit people who are relaying stories from people not in this comm are making it up? Why?

Since this thread began, several of my LJ friends have posted in their own journals about their experiences with him, but they're not going t anything to prove to you, and/or they have no interest in rehashing an unpleasant experience in a public space.

I'm going to generously assume that if you did actually know any of us (and no, we don't all know each other), you'd take it a lot more seriou

Replies frozen



**Ω make_you_laugh**
February 6 2010, 19:45:22 UTC

**I can answer that**

Hi

I can answer that. Socrates said that the person who is the most good is good even though hated widely. And the person who is the mo know about character assassination.

When the original accusation was made in 2003, the person who did it didn't just go to the newspapers. She also started an email war, stunned and I figured it would die down, which it did. Unfortunately, thanks to Google, I guess nothing will ever die down again, and the

You actually said it in your post, "When this many people believe something it must be true." Oh really? A billion people believe that Je: people believed that Iraq had weapons of mass destruction, or that Obama was a muslim.

When you say, "When this many people believe something it must be true", that's exactly how something like this rolls out of control. By just nasty, have said terrible things about me, that it's become kind of a loose 'fact' when the truth is that there's nothing there at all.

Even when I do a big community project, like Wheel Questions, it doesn't seem to make a dent. Take a look at my website, http://Whee $15,000 of my own money into a project where I answered 8,000 questions about life. It was wonderful. You would think that if we're go system — that I would get a bunch of kudos for this.

And for other cool things I do, like WeirdBostonEvents.org and so forth. I've done so many cool community things in my lifetime. Don't k to slam me around.

-Johnny

Replies frozen



**Ω surrealestate**
February 6 2010, 23:00:11 UTC

**Thank You**

You actually said it in your post, "When this many people believe something it must be true."

I never said that, which is clear since my text is right up there. Your wild re-writes of reality are impressive in their way.

But thank you for responding, despite the fact that your response did not address a single thing I actually said. Before you started take on faith the kind of person you are, but thanks to all these comments, they have been able to confirm for themselves through Thanks!

Replies frozen    New comment



**Ω kolkvag**
February 6 2010, 09:11:51 UTC    Edited: February 6 2010, 11:54:12 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I have met and interacted with JonMon. We were active members of the MIT Assassins' Guild for overlapping periods of time, and played in a number of the same game: his behavior as a player sufficiently socially inappropriate that I started avoiding events he was associated with, and would have advised anyone female who inquired to

davis_square: Today's Somerville Police Blog

him that I know of only second hand. (For instance, I did not sign up for the matchmaking scheme that went awry, but knew a number of people who did. EDIT: A number who signed up had him included on their match list.)

That was a long time ago. I would like to think that he has had plenty of time since then to grow up. My impression, however, from things ranging from comments from fri this thread lead me to believe he has at best become a bit more sophisticated in his methods.

For a small, immediate example, attempting to slam Laura47 as "that geeky kid from MIT roleplaying" when he has a long history as a roleplayer and gamewriter strikes i

Replies frozen



**Ω make_you_laugh**
February 6 2010, 20:24:48 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Hi!

Wow! It sure takes guts to anonymous spread hate in this fashion.

Oh wait, it doesn't.

Isn't it true that awkwardness surrounds you like a blanket, as it does with laura47. You find everything awkward all the time.

You're also wrong about the idea that "every female who signed up had him included on their match list". It's just false. You must have quite a bee in your bonnet to

I'm sorry to repeat it, but I guess you are just not listening. I was completely cleared in the matchup of any wrongdoing. I ran the service for a 2nd year with no probl and running today at http://theMatchUp.net

It's evil to spread false information in this manner. You should be ashamed.

-Johnny

Replies frozen



**Ω rigel**
February 6 2010, 10:15:44 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I met him somewhere around 10 - 13 years ago while engaging in a hobby he and I (and a bunch of other people on this thread) enjoy. Generally speaking he was polit respond appropriately to multiple gentle but firm refusals. I was 19 or 20 at the time, and he would have been . . . 28? As I dated someone ~8 years older than me aroun

I've run into him a handful of times over the years, and while he's given me a stranger and stranger vibe personally, he's never acted obviously untoward in my direction

I have fairly close friend not on this community who has mentioned being an attendee of his Midnight Seduction parties a while ago in the past. I believe he and his girlfri under 21. They never mentioned poor treatment by him, but I do believe they mentioned attending his parties in part because of the alcohol available to minors and the

Replies frozen

**Ω myselftheliar**
February 7 2010, 00:11:20 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I don't want to give any personal details, but yes, I have first hand experience. And yes, I can vouch that he is, at the least, unsavory.

Replies frozen    New comment

**Ω nvidia99999**
February 5 2010  16:22:01 UTC

Man...

I cannot go away for a couple of days that all the fun stuff happens!!!

Replies frozen

Post a new comment                                    526 comments

2/4/13

davis_square: Today's Somerville Police Blog

previous     [ 1 ] 2     next

Advertise                    Abuse Team                              Follow us

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

2/4/13                                          davis_square: Today's Somerville Police Blog

Username: [_____]          Create an Account
Password: [_____] [Log In]   Forgot your login or password?
         ☐ Remember Me
         English · Español · Deutsch · Русский

Home  Create an account  Explore  Shop  LJ Extras



plumtreeblossom ( ✎ plumtreeblossom) wrote in ✎davis_square,
2010-02-04 08:50:00

# Today's Somerville Police Blog

*[excerpt]* Patrolman John Thermidor reported at least 25-30 teenagers in the apartment, as well as people on the stairs leading up to the second floor. He asked to talk to an adult, but there was no response from anyone.

A few minutes later, a man came down from the second floor and identified himself as Jonathan Monsarrat, 41, the resident and host of the party, according to the report. Thermidor told him to inform his guests that the party was over and they have to leave, but Monsarrat allegedly became argumentative and refused to comply. He assured Thermidor that there was no alcohol at the party. According to the report, the officer informed him that he had seen teenagers with beer bottles.*[/excerpt]*

Read on.....
http://www.wickedlocal.com/somerville/news/x1678079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street

UPDATE: By decision of the Moderators on 2/6/2010, any further replies to this thread are permanently frozen/screened. The discussion has begun to distract from other community posts, which deserve equal attention. The Moderators' decision was not made in response to threats made to the community, but for the sake of keeping the community's conversational flow normal (500+ replies to one post is not normal). The original post and existing replies will remain as read-only.

Tags: crime, li community housekeeping, local characters, lol

---

Post a new comment                              526 comments

                              previous      1 [2]   next



✎ arrowintwolakes
February 5 2010, 18:49:58 UTC

Over 300 comments!!!

2/4/13                                    davis_square: Today's Somerville Police Blog



Replies frozen

 **plumtreeblossom**
February 5 2010, 19:26:25 UTC

**Re: Over 300 comments!!!**
Yaaaaaaaaaay! Our first macro of the thread!
Replies frozen

 **make_you_laugh**
February 5 2010, 22:29:00 UTC

**Re: Over 300 comments!!!**
Hi!

I love this image.

I guess I would be the Spartans because there's just one of me and the rest of you are Persians attacking.

Like the Spartans, I already know that I will die.

Here's how this conversation is going to go.

JOHNNY: "Guys, what's with all the hysteria and accusations? What happened to innocent before proven guilty? What's with all the witch hunting?"

LJ COMMUNITY: "We live to destroy. We're unthinking and uncaring. We don't care who's wrong or who's right. We love to hate. We have chosen you, and it's been so long since we chosen you that our own hatred has become a reason for our own hatred."

–Johnny
Replies frozen

 **arrowintwolakes**
February 5 2010, 22:32:02 UTC

**Re: Over 300 comments!!!**
That's racist.
Replies frozen

**en_ki**
February 5 2010, 22:51:13 UTC

2/4/13                              davis_square: Today's Somerville Police Blog



Gee, Johnny, I read all the way to the bottom and it seems like you've replied to a lot of people, but you didn't reply to me, way up top, asking you to explain where all these allegations came from. It's weird how you'll only reply to the people who are already angry at you.

Replies frozen



Ω nvidia99999
February 5 2010, 23:03:51 UTC

**Perhaps because he is you...**

Just a wild guess...

Replies frozen



Ω brynndragon
February 6 2010, 01:42:51 UTC

**Re: Perhaps because he is you...**

Ω en_ki is sitting right next to me, and that would really explain the hand up his butt.

Replies frozen



Ω en_ki
February 6 2010, 02:04:46 UTC

**your credibility is undermined by your grotesque immorality**

"I breastfed [] my brother" —you, just now

Replies frozen



Ω maru_mari
February 6 2010, 01:51:52 UTC

**Re: Perhaps because he is you...**

I'm sitting next to him, too. ...the hand is mine.

Replies frozen



Ω brynndragon
February 6 2010, 01:55:43 UTC

**Re: Perhaps because he is you...**

Goddamn it, stop fisting him on my couch! I'm trying to play Rock Band!

Replies frozen



Ω maru_mari
February 6 2010, 04:51:48 UTC

**Re: Perhaps because he is you...**

lol @ more cowbell.

MORE COWBELL LESS FISTING KTHX

Replies frozen

2/4/13                                        davis_square: Today's Somerville Police Blog



**Ω ocschwar**
February 6 2010, 02:39:10 UTC

**Re: Perhaps because he is you...**

No, no, no. He's me.

Replies frozen



**Ω brynndragon**
February 6 2010, 01:55:43 UTC

**Re: Perhaps because he is you...**

Goddamn it, stop fisting him on my couch! I'm trying to play Rock Band!

Replies frozen



**Ω maru_mari**
February 6 2010, 04:51:48 UTC

**Re: Perhaps because he is you...**

lol @ more cowbell.

MORE COWBELL LESS FISTING KTHX

Replies frozen



**Ω ocschwar**
February 6 2010, 02:39:10 UTC

**Re: Perhaps because he is you...**

No, no, no. He's me.

Replies frozen



**Ω amygdalate**
February 6 2010, 03:03:44 UTC

**Re: Perhaps because he is you...**

I am ~~Spartacus~~ En_Ki!

Replies frozen



**Ω merle_**
February 6 2010, 16:25:37 UTC

**Re: Perhaps because he is you...**

Pfft. **Ω en_ki** is just a bot I wrote back in the 90s. Comment to him that "Your mother wears army boots" and he will reply "What about your own mother wears army boots?". I've just been feeding the bot extensive treatises and random links (the bot doesn't handle HTML so just copies it; interpreting it is the next version) so that the posts look intelligent..

Replies frozen

**Ω make_you_laugh**
February 5 2010, 23:23:45 UTC



**I actually may have...**

Hi!

I can't keep track but if you really care, I've told the entire story about ten times throughout the thread to various people. Here it is for the 11th time.

Before I begin, I ask you to put on your rational hat. You want to judge me, I deserve that much.

In 2003, I was accused of email harassment. The gal who did it brought some emails to the police. I was not charged, because there was nothing harassing about the emails. The gal was just wrong.

Have you ever had a breakup and had terrible things said about you? That's what it was like. Thank god the police told her to go away. But she didn't go away. She went to the newspapers.

Now, the thing has taken on a life of its own. Even though I was cleared, a lot of people will not only assume the worst, they *propagate* it. As a result, we have a kind of group think going on here. It's like with the Iraq war. All the world leaders and CIA were so sure that there were WMD's in Iraq that they all kind of supported each other.

By this time there are *so* many people who've heard unsubstantiated rumors that I'm a creep, that they don't really need any facts. They simply assume that if there are *so* many rumors, it must be true.

Take a look at my websites. One is http://WeirdBostonEvents.org where I've blogged for 4 years, unpaid, on fun events around town.

Another is http://WheelQuestions.org, where I spent 1500 unpaid hours and $15,000 of my own money over two years, because I thought it would be an adventure and help people. I answered 8,000 questions all by handwriting! And nearly 500,000 people saw the installation. I made thousands of people happy.

I have a lifetime of doing community service projects like this. I volunteered to play the MIT Beaver. I've helped out or run numerous students clubs and real world companies.

Unfortunately, the people who gossip don't see it, because it isn't in their nature to see it. The way that gossip works is this... it's no fun if it isn't juicy.

Let's say for example, that I have a roommate who is behind on her rent. After three months, she owes me $1800 and has to move out. I don't know if you've ever had to fire anyone?? But trust me the person being fired (or asked to move out, in this case) never says "I'm sorry". They always invent some self-serving reason why they are the victim. I think it's just because, you know, I'm the guy saying all the time, where's the rent, where's the rent, right? Even if I do it delicately, I'm the one who's the messenger from reality. And reality is saying, "stop being so lazy and look for a job".

So then what I have is an angry ex-roommate with a chip on her shoulder. She knows that nothing illegal actually happened, so of course there's no police involvement. But can she anonymously post on the Internet? Sure! It's *so* easy to believe it. Here's how it works.

PEOPLE BELIEVE JON IS A CREEP + UNFOUNDED STORY = ASSUMPTION OF GUILT

Then the assumption of guilt feeds into the original *creep* feeling. And it feeds on itself.

It's pretty awful. I mean, it's awful enough simply not being appreciated for the good stuff I've done, and having some of the bad turned from "a mistake" into "he's a creep".

But thanks to the Internet, flame wars like these cast a permanent stain on my reputation. I can't get a job, I can't meet people, it's affected my family, my friends, anyone I want to date.

It's very much like having an Internet stalker (and in fact I do have at least one that I know about).

Some of you get duped into thinking that you're "helping the community" by passing along a "warning" to others. The real people at the base of this are the ones with so much rage that they just don't care and they're starting the flamewars. They're the ones pushing your buttons and getting you to do their bidding. They know if they say the right thing, they can draw you into helping them try to destroy me.

My advice is, don't get duped.

-Johnny

Replies frozen

Öen_ki

davis_square: Today's Somerville Police Blog


February 6 2010, 02:20:18 UTC

Are you 41 years old?

Do you regularly run a party that you restrict to ages 18-29?

That's creepy.
Replies frozen


〇 make_you_laugh
February 6 2010, 19:58:32 UTC

That's so far from the truth it's beyond lie into land of dreams
Hi!

That is a lie. I do not and never have run such parties.

Now let me ask you something. Do you habitually sprinkle hatred through your day? How is that any path to happiness?

It's funny, because the LJ community prides itself on being open-minded, but the reality is that you'd have fit right in with the Nazis. It's just that instead of hating Jews you're hating men who like to date younger women. I have bad news for you. There are a lot of people who date all ages and think whatever.

You think you're so liberal and rainbow friendly, but the truth is that you've got a lot of anger and prejudice.

-Johnny
Replies frozen


〇 en_ki
February 6 2010, 20:26:03 UTC

OK, I'm Hitler, you got me.

Is this you?
Replies frozen


〇 wayback2k
February 7 2010, 04:31:33 UTC

NAZI! Just completed my LJ bingo. What do I win?
Replies frozen


〇 make_you_laugh
February 5 2010, 23:26:56 UTC

**Here's the Complete Story from Johnny**
Hi! Here's a repost with a better title. :)

I can't keep track but if you really care, I've told the entire story about ten times throughout the thread to various people. Here it is for the 11th time.

Before I begin, I ask you to put on your rational hat. You want to judge me, I deserve that much.

In 2003, I was accused of email harassment. The gal who did it brought some emails to the police. I was not charged, because there was nothing harassing about the emails. The gal was just wrong.

2/4/13                                          davis_square: Today's Somerville Police Blog

Have you ever had a breakup and had terrible things said about you? That's what it was like. Thank god the police told her to go away.
But she didn't go away. She went to the newspapers. Eventually she retracted her accusation 'in print' with a different newspaper.

Now, the thing has taken on a life of its own. Even though I was cleared, a lot of people will not only assume the worst, they *propagate*
it. As a result, we have a kind of group think going on here. It's like with the Iraq war. All the world leaders and CIA were so sure that
there were WMD's in Iraq that they all kind of supported each other.

By this time there are *so* many people who've heard unsubstantiated rumors that I'm a creep, that they don't really need any facts.
They simply assume that if there are *so* many rumors, it must be true.

Take a look at my websites. One is http://WeirdBostonEvents.org where I've blogged for 4 years, unpaid, on fun events around town.

Another is http://WheelQuestions.org, where I spent 1500 unpaid hours and $15,000 of my own money over two years, because I
thought it would be an adventure and help people. I answered 8,000 questions all by handwriting! And nearly 500,000 people saw the
installation. I made thousands of people happy.

I have a lifetime of doing community service projects like this. I volunteered to play the MIT Beaver. I've helped out or run numerous
students clubs and real world companies.

Unfortunately, the people who gossip don't see it, because it isn't in their nature to see it. The way that gossip works is this... it's no fun
if it isn't juicy.

Let's say for example, that I have a roommate who is behind on her rent. After three months, she owes me $1800 and has to move out. I
don't know if you've ever had to fire anyone?? But trust me the person being fired (or asked to move out, in this case) never says "I'm
sorry". They always invent some self-serving reason why they are the victim. I think it's just because, you know, I'm the guy saying all the
time, where's the rent, where's the rent, right? Even if I do it delicately, I'm the one who's the messenger from reality. And reality is
saying, "stop being so lazy and look for a job".

So then what I have is an angry ex-roommate with a chip on her shoulder. She knows that nothing illegal actually happened, so of
course there's no police involvement. But can she anonymously post on the Internet? Sure! It's *so* easy to believe it. Here's how it
works.

PEOPLE BELIEVE JON IS A CREEP + UNFOUNDED STORY = ASSUMPTION OF GUILT

Then the assumption of guilt feeds into the original "creep" feeling. And it feeds on itself.

It's pretty awful. I mean, it's awful enough simply not being appreciated for the good stuff I've done, and having some of the bad turned
from "a mistake" into "he's a creep".

But thanks to the Internet, flame wars like these cast a permanent stain on my reputation. I can't get a job, I can't meet people, it's
affected my family, my friends, anyone I want to date.

It's very much like having an Internet stalker (and in fact I do have at least one that I know about).

Some of you get duped into thinking that you're "helping the community" by passing along a 'warning' to others. The real people at the
base of this are the ones with so much rage that they just don't care and they're starting the flamewars. They're the ones pushing your
buttons and getting you to do their bidding. They know if they say the right thing, they can draw you into helping them try to destroy me.

My advice is, don't get duped.

-Johnny

Replies frozen



**Ω gruene**
February 6 2010, 00:14:08 UTC

**Re: Here's the Complete Story from Johnny**

So the solution is to serve alcohol to minors? Clearly you're the victim here and we should all feel sorry for you.

Replies frozen



**Ω make_you_laugh**
February 6 2010, 00:17:32 UTC

2/4/13                          davis_square: Today's Somerville Police Blog

**Re: Here's the Complete Story from Johnny**

Hi!

I didn't say anything my story about that. Because it's an ongoing case, I can't comment.

I'm simply pointing that a large number of people making unsubstantiated and anonymous grumblings does not amount to a hill of beans, and anyone who thinks I was guilty back in 2003 even though I was cleared... is not being rational and needs to take a deep breath and do something else. Stop sitting at the computer. Call a friend, get your mind off of it.

-Johnny
Replies frozen

 **en_ki**
February 6 2010, 02:01:12 UTC

Hey, look up above. I think we've been found out.
Replies frozen

 **derspatchel**
February 6 2010, 19:23:43 UTC

**Re: Here's the Complete Story from Johnny**

Keep on pasting this!

Maybe you'll get a pity fuck!
Replies frozen

 **kpht**
February 6 2010, 19:38:52 UTC

**Re: Here's the Complete Story from Johnny**

He just doesn't get it. See, most people who are decent, non-scumbags, do not have to explain away their numerous instances of lecherousness. A decent person could possibly have ONE instance where their behavior is misconstrued. A decent person would have good friends back them up that indeed, they did nothing wrong. What we have here, is not that. What we have here is a person who repeatedly acts in an unbecoming manner, and when confronted by his behavior either lies about it, blames the victim, or even more bizzarely claims that because there is no law against it, it is OK to do it. There's no law against a lot of horrible social behavior. THAT DOES NOT MEAN SAID BEHAVIOR IS SOCIALLY ACCEPTABLE.

He's like a birther - he's got an answer for every situation and story. He just doesn't understand the bigger picture, of what his actions look like on a wide scale.
Replies frozen

 **ifotismeni**
February 7 2010, 03:13:08 UTC

**Re: Over 300 comments!!!**

this greek approves of your screamtastic macro
Replies frozen

 **nightspore**
February 6 2010, 05:18:28 UTC

WTF? A bunch of people here claiming to be me?

davis-square.livejournal.com/2101375.html?page=2

2/4/13                                           davis_square: Today's Somerville Police Blog

Replies frozen



Ω rumpleteasah
February 6 2010, 16:50.55 UTC

To this DAY I am sickened with myself for not reporting him to the police when he told me he was taking his 17 year old "friend" to New York to meet a guy.

They asked me to lie to her mother for her. I declined. I then left the house. I should have done something.

Replies frozen



Ω make_you_laugh
February 6 2010, 20:55:16 UTC

**I guess you're a liar now...**

Hi Julie,

Not only is this not true, there's not even a grounding in reality. I actually can't think of anything real that you could have drawn this from, even through exaggerations.

Let's face it. When you moved out, you owed me over $3,000. You made continual promises to pay, but were unable to, I guess you just didn't have the heart to job hunt. I know how this story goes. Look, sooner or later, I need to ask you for rent. I can't just let it slide forever.

But when I ask you for rent, what you're hearing is Reality knocking on your door. It was hardly my fault that you were breaking promises and drifting through life. But it was me bringing it to your attention, putting it in your face so to speak. So you had two choices, you could either own up, and apologize, or you could construct a story that made me the badguy.

It's been harmless until now, but since you're posting shit about me online, it's no longer harmless. I suggest a truce. Take down your comments about me and I will do the same. I've never used your financial situation as an excuse for lashing out at you and I've never gossiped about you behind your back. I wish you well, at least, I did wish you well until about a minute ago, but if we can go back to the truce it'll be cool.

-Johnny

Replies frozen



Ω en_ki
February 6 2010, 23:02.40 UTC

Johnny, there are a lot of people here who seem to have had bad experiences with you, and just telling them to shut up isn't going to change that. If you were such a good guy, it seems like there would be a much larger number of people who know from personal experience that you're a good guy, and those people would be willing to back up your side of the story; but that's not happening.

Instead, you seem to have about two defenders here, both of whom know nothing about you but object in general to the tenor of the discussion. Your own behavior here comes off more as wounded ego than anything else, and you haven't so far dared to submit your own post to the community explaining your own side of things in a consistent and coherent way: instead, you're just arguing back at each individual in any way you can, often with personal attacks.

Maybe your art installation really *does* define who you are. If it does, why not set aside the kinky party lifestyle for a while and just focus on that? If you go long enough without creeping people out (which it seems happens whether you intend it or not), it really *will* blow over; the problem is that, when stuff like this keeps happening, it becomes all people see of you.

Replies frozen



Ω maru_mari
February 6 2010, 17:10:32 UTC

*pant, pant, pant*

ALMOST. FIVE. HUNDRED...

NNNNNNNGHHHH

COMMENTS...!!!

Replies frozen



February 6 2010, 17:37:37 UTC

teh dramaz. Instant lulz

Replies frozen



**rumpleteasah**

February 6 2010, 19:00:42 UTC

Also, SUCCESS! Over 500!

Replies frozen



**maru_mari**

February 6 2010, 23:05:09 UTC

WOOOOOOHOOOOOO!!!!!! ^5s all around, guys!

Replies frozen



**make_you_laugh**

February 6 2010, 21:03:40 UTC

**Violation of LiveJournal abuse policies**

LiveJournal's abuse policies are at http://www.livejournal.com/abuse/policy.bml

Under the section "Harassment", it says that "if a user makes a statement which encourages or incites others to harass another person in any way, access to that content will be disabled. This can also extend to entries in which harassment has not been explicitly called for, but is implied, at the discretion of the Abuse Prevention Team."

This is it. I'll give everyone here until Monday at 12pm to remove your comments from this board. At that point, I'm collecting every single one of them. I have already filed an abuse report with LiveJournal but won't call them until Monday at 12pm.

Replies frozen



**gothic_hamlet**

February 6 2010, 22:26:54 UTC

**Re: Violation of LiveJournal abuse policies**

You seem to have an interesting opinion on what constitutes as "harassment" here. Posting an excerpt from a police blotter is not harassment. Posting links to news articles as warnings is not harassment. Posting first-hand, personal experiences is not harassment. The fact that you seem bent on claiming that all of the above evidence is - somehow - miraculously - untrue does not instantly make it a violation in terms.

But I forgot - you're just an innocent little lamb in all this, aren't you? Standing up to stones thrown by all those terrible, "geeky" people who owe you money.

Replies frozen

2/4/13                                          davis_square: Today's Somerville Police Blog



**Ω maru_marl**
February 6 2010, 23:05:38 UTC

**Re: Violation of LiveJournal abuse policies**
Good luck with that.
Replies frozen



**Ω j_p2353**
February 7 2010, 03:53:32 UTC    link    Collapse

**Re: Violation of LiveJournal abuse policies**
Butthurt!
Watch out, he wants this bahhleeted right now!
Replies frozen

Post a new comment                              526 comments

                                    previous    1  2    next

| LJ | Help | Legal | More | Change language: |
|---|---|---|---|---|
| About LiveJournal | Support | Terms of Service | Mobile version | English |
| Site News | FAQs | Privacy Policy | | Current version: v.100.4 |
| Contact | Tour | Copyright | | |
| Advertise | | Abuse team | | Follow us: |

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.