UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | )   CIVIL ACTION NO. 20-cv-10810-PBS |
| v. | ) |
| | ) |
| RON NEWMAN | ) |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of plaintiff

Jonathan Monsarrat and requests that all notices given or required to be given in this case and

all papers served in this case be given to and served upon him via ECF or as follows:

> Ryan D. Sullivan
> Curran Antonelli, LLP
> 10 Post Office Square, Suite 800 South
> Boston, MA 02109
> 617-410-6340
> 617-431-1456 (fax)
> rsullivan@curranantonelli.com

DATED: December 16, 2020

Respectfully submitted,


*/s/ Ryan D. Sullivan*
Ryan D. Sullivan (BBO#660696)
rsullivan@curranantonelli.com
Curran Antonelli, LLP
10 Post Office Square, Suite 800 South
Boston, MA 02109
617-410-6340
rsullivan@curranantonelli.com

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on December 16, 2020.

/s/ Ryan D. Sullivan