UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jonathan Monsarrat

    Plaintiff

    v.     CIVIL ACTION 1:20-10810-RGS

Ron Newman

    Defendant

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on January 21, 2021, granting defendant's Motion to Dismiss, it is hereby ORDERED:

Judgment entered for defendant Ron Newman.

|  |  |
|---|---|
| January 21, 2021 | By the court, |
| Date | /s/ Arnold Pacho |
|  | Deputy Clerk |