UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-cv-10810-RGS |
| ) | |
| v. ) | **BILL OF COSTS** |
| ) | |
| RON NEWMAN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Civil Procedure 54(d) and 17 U.S.C. § 505, upon the final judgment entered January 21, 2021 (Doc. 31), defendant Ron Newman ("Newman") respectfully submits this bill of costs. Newman seeks to recover $149.12 in costs other than attorney's fees. The Court has discretion "to allow the recovery of full costs" to Newman, the prevailing party in this matter under the Copyright Act. 17 U.S.C. § 505; Doc. 30. The recoverable costs are those taxable under 28 U.S.C. § 1920. *Rimini St., Inc. v. Oracle USA, Inc.*, 139 S. Ct. 873, 876 (2019).

Newman is entitled to recover the unnecessary costs that the plaintiff imposed on him. The plaintiff declined to file, with his complaint, exhibits showing the online posts and other materials that "form[ed] the basis of (and thus are necessary to a proper evaluation of) his claims." Doc. 30 p. 2 n. 1. Newman filed the exhibits in support of his motion to dismiss. Doc. 16-1 to 16-21. The Court requires, and specifically requested, courtesy copies. Standing Order re: Electronic Filing in Cases Filed Before Stearns, D.J. (D. Mass. May 19, 2008); Doc. 19. Newman incurred $149.12 in costs to print and provide those copies to the Court as follows:

| | |
|---|---|
| $  94.80 | In-house printing of 632 pages of documents at $0.15 per page |
| $  39.27 | Staples: binder, tabs and a mailer package ($36.96 plus $2.31 in tax) |
| $  15.05 | U.S. Postal Service: Priority Mail to the Court |
| $ 149.12 | |

1

All of Newman's costs of printing and providing those courtesy copies should be taxed to the plaintiff. *See* Fed. R. Civ. P. 54(d)(1), 28 U.S.C. § 1920(3), (4); *Roggio v. Grasmuck*, 18 F. Supp. 3d 49, 62 (D. Mass. 2014) ("The cost of 15 cents per page is reasonable."); *accord Perry v. City of Chi.*, No. 08 C 4730, 2011 U.S. Dist. LEXIS 15024, *4-7 (N.D. Ill. Feb. 15, 2011). The receipts for materials and mailing costs filed as an exhibit hereto further support full recovery of $149.12.

Dated: February 4, 2021     /s/ Dan Booth
                            Daniel G. Booth (BBO# 672090)
                            DAN BOOTH LAW LLC
                            121 Thoreau Street #121
                            Concord, MA 01742
                            (646) 573-6596
                            dan@danboothlaw.com

                            *Counsel for Defendant Ron Newman*


## CERTIFICATE OF SERVICE

I certify that the foregoing bill of costs, and the attached receipts, filed on this date via the Court's ECF system, will thereby be served upon Plaintiff.

Dated: February 4, 2021     /s/ Dan Booth


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good-faith attempt to narrow or resolve the issues raised in this bill of costs by telephone on February 3, 2021, but was unable to reach resolution.

Dated: February 4, 2021     /s/ Dan Booth