UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-cv-10810-RGS |
| v. ) | |
| RON NEWMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ASSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FEBRUARY 4, 2021 RULE 54(d)(2) MOTION FOR AN AWARD OF FEES.**

The plaintiff hereby requests an extension of time to respond to Defendant's February 4, 2021 Rule 54(d)(2) motion for an award of fees and costs, Doc. 33, until Tuesday February 23, 2021.

There is good cause for this requested extension in that plaintiff's lead counsel recently had an outpatient surgical procedure.

The defendant assents to allowance of this motion.

WHEREFORE the plaintiff requests an Order granting him an extension until Tuesday February 23, 2021 to file a response to defendant's Rule 54(d)(2) motion for an award of fees and costs. (Doc. 33)

DATED: February 15, 2021

        Respectfully submitted

        JONATHAN MONSARRAT,
        Plaintiff,
        By his attorney,

        *ss/ Richard A. Goren*
        Richard A. Goren, Esq. BBO #203700
        Law Office of Richard Goren
        29 Crafts Street, Suite 500
        Newton MA 02458-1461
        617-933-9494
        rgoren@richardgorenlaw.com

        */s/ Ryan D. Sullivan*
        Ryan D. Sullivan (BBO#660696)
        rsullivan@curranantonelli.com
        Curran Antonelli, LLP
        10 Post Office Square, Suite 800 South
        Boston, MA 02109
        617-410-6340
        rsullivan@curranantonelli.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred by email with Defendant's counsel who assents to allowance of the extension.

        */s/ Richard A. Goren*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 15, 2021.

        */s/ Richard A. Goren*