UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-cv-10810-RGS |
| v. ) | |
| RON NEWMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jonathan Monsarrat the Plaintiff in the abovenamed matter, hereby appeals to the United States Court of Appeals For the First Circuit from the judgment entered in this action on January 21, 2021.

DATED: February 19, 2021

                                                Respectfully submitted,

                                                JONATHAN MONSARRAT
                                                Plaintiff,

                                                By his attorneys,

                                                /*s/  Richard A. Goren*
                                                Richard A. Goren, Esq. BBO #203700
                                                Law Office of Richard Goren
                                                29 Crafts Street, Suite 500
                                                Newton MA 02458-1461
                                                617-933-9494
                                                rgoren@richardgorenlaw.com

                                                */s/ Ryan D. Sullivan*
                                                Ryan D. Sullivan (BBO#660696)
                                                rsullivan@curranantonelli.com
                                                Curran Antonelli, LLP
                                                10 Post Office Square, Suite 800 South
                                                Boston, MA 02109
                                                617-410-6340

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 19, 2021

<u>*/s/Richard A. Goren*</u>